IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH,<br><br>Plaintiff,<br><br>v.<br><br>COINMASTER USA, INC., a Delaware corporation, and PAUL A. COX,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-365<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR EXTENSION
## OF TIME TO ANSWER COMPLAINT

Plaintiff Daniel Anthony Lynch and Defendants Coinmaster USA, Inc. and Paul A. Cox, by and through their respective counsel, hereby stipulate and agree that the time for Defendants to answer, move or otherwise respond to the Complaint filed in this action shall be extended through and including June 28, 2006.

BLANK ROME LLP                                SEITZ, VAN OGTROP & GREEN, P.A.

By: /s/ Thomas P. Preston                      By: /s/ Kevin Guerke
Thomas P. Preston, Esquire                     James S. Green, Esquire
I.D. No. 2548                                  I.D. No. 0481
1202 Market Street, Suite 800                  Kevin A. Guerke, Esquire
Wilmington, DE 19801                           I.D. No. 4096
(302) 425-6478                                 222 Delaware Avenue, Suite 1500
                                               P.O. Box 68
*Attorneys for Defendant*                      Wilmington, DE 19899
*Coinmaster USA, Inc.*                         (302) 888-0600

                                               *Attorneys for Plaintiff*
                                               *Daniel Anthony Lynch*

116112.01000/40162143v.1

COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.


By: /s/ Erin K. Brignola
    _____
    Erin K. Brignola, Esquire
    I.D. 2723
    30 Fox Hunt Drive
    Bear, DE 19701
    (302) 838-2600

    *Attorneys for Defendant Paul A. Cox*

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 13 day of June, 2006, a copy of the **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** was served on the following counsel of record:

### BY ELECTRONIC SERVICE

James S. Green, Esquire
Kevin A. Guerke, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Erin K. Brignola, Esquire
Cooper Levenson April Niedelman &
 Niedelman & Wagenheim, P.A.
30 Fox Hunt Drive
Bear, DE 19701

### BY FAX & FIRST-CLASS MAIL

Kevin J. Thornton, Esquire
Cooper Levenson, Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401

                              Thomas P. Preston
                              I.D. No. 2548

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 13th day of June, 2006, a copy of the **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** was served on the following counsel of record:

### BY ELECTRONIC SERVICE

James S. Green, Esquire
Kevin A. Guerke, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Erin K. Brignola, Esquire
Cooper Levenson April Niedelman &
 Niedelman & Wagenheim, P.A.
30 Fox Hunt Drive
Bear, DE 19701

### BY FAX & FIRST-CLASS MAIL

Kevin J. Thornton, Esquire
Cooper Levenson, Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401

*/s/ Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548