# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of: ) | |
| ) | CIVIL ACTION NO: 06-CV-365 |
| DANIEL ANTHONY LYNCH, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| COINMASTER USA, INC. ) | |
| a Delaware Corporation, and ) | |
| PAUL A. COX, ) | |
| Defendants. ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin J. Thornton, Esq. of the Law Offices of Cooper Levenson April Niedelman & Wagenheim, P.A., as Counsel for the Defendant, Paul A. Cox, in this matter.

Cooper Levenson April Niedelman & Wagenheim, P.A.

/s/Erin K. Brignola, Esquire
Erin K. Brignola, Esquire (2723)
30 Fox Hunt Drive
Bear, Delaware 19701
(302) 838-2600
(302) 838-1942 fax
Attorneys for Paul A. Cox

DATE: 6/13/06

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATE:_____      _____
United States District Court Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

                          Cooper Levenson April Niedelman & Wagenheim, P.A.

                                           /s/ Kevin  J. Thornton, Esq.
                                           Kevin J. Thornton, Esq.
                                           1125 Atlantic Avenue
                                           Atlantic City, NJ 08401
                                           (609) 572-7502
                                           (609) 572-7503 fax

DATE:  6/13/06

I, Erin K. Brignola, certify that I will fax and mail copies of the 3 Pro hac Motions in case 06-CV-365 JJF this 14th day of June 2006 to the following:

Plaintiffs Attorney
James S. Green, Esq.
P.O Box 68
Wilmington DE 19899

Defendant's Attorney
COINMASTER USA, Inc.
Thomas P. Preston
1201 N. Market St.
Ste 800
Wilmington DE 19801

Erin Brignola
Attorney for Defendant – Paul A. Cox
Movant in these motions