IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COINMASTER USA, INC.,<br>a Delaware corporation, and<br>PAUL A. COX,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-365<br><br>JURY TRIAL DEMANDED<br><br>NON-ARBITRATION |

## MOTION FOR REMAND

1.　Defendant Paul A. Cox improperly removed the above-captioned matter from the Delaware State Superior Court on May 31, 2006. Defendant's Notice of Removal was filed too late, therefore, the action should be remanded to the State Court.

2.　On May 31, 2006, Defendant filed his Notice of Removal. His asserted basis for removal is 28. U.S.C. §§ 1441 and 1446.

3.　Defendant failed to file his Notice of Removal within 30 days of being served with the Complaint in violation of 28 U.S.C. § 1446(b), which states:

> (b)　The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

4.　Defendant admits in his Notice of Removal that he was first served April 26, 2006. See Notice at ¶4. The date Defendant was first served, April 26, 2006, started the running of the 30-day removal period.

54535 v1

5. Defendant was served on April 26, 2006 pursuant to Delaware Long Arm Statute, 10 Del. C. § 3104. A true and correct copy of the return of service is attached hereto as Exhibit "A". Service is effectuated on Defendant the same date the Complaint is served on the Delaware Secretary of State - "and when so made shall be as effectual to all intents and purposes as if made personally upon the defendant within this State." 10 Del. C. § 3104(d)

6. Plaintiff properly served Defendant with the Complaint on April 26, 2006, which triggered Defendant's 30-day removal period. Defendant's Notice of Removal was filed on May 31, 2006 - 35 days after service. The Notice of Removal must be filed in the District Court within 30 days after the Defendant was served. Mancari v. AC&S Company, Inc., 638 F. Supp. 91, 93 (D. Del. 1988); 28 U.S.C. § 1446(b). "The time requirement in 28 U.S.C. § 1446(b) is mandatory; it must be strictly complied with and will be strictly or narrowly construed…Failure to file a notice of removal within the statutory period constitutes a waiver of the right to remove." 32A Am.Jur.2d Fed.Cts. §1673. Because Defendant's Notice of Removal was filed more than 30 days after Defendant was served, the action should be remanded to State Court.

7. Plaintiff waives his right to file a brief in support of this Motion pursuant to Local Rule 7.1.2.

SEITZ, VAN OGTROP & GREEN, P.A

/s/ Kevin A. Guerke
JAMES S. GREEN, SR., ESQ. (DE0481)
KEVIN A. GUERKE, ESQ. (DE4096)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Plaintiff

Dated: June 20, 2006

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on this 20th day of June, 2006, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**MOTION FOR REMAND**

/s/ Kevin A. Guerke
_____
Kevin A. Guerke, Esq. (DE4096)
kguerke@svglaw.com

# EXHIBIT A



# RETURN OF SERVICE

**CASE NO:** 06C-04-038 CHT

**SERVED:** PAUL A. COX

**DOCUMENT:** SUMMONS & COMPLAINT

**ADDRESS:** C/O THE DELAWARE SECRETARY OF STATE DOVER, DE

**DATE:** 4/26/06

## MANNER OF SERVICE

☒ **PERSONAL:** ACCEPTED BY: JAMIE STONE (PROCESS AGENT) AUTHORIZED TO ACCEPT

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

_____
GRANVILLE MORRIS
BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON 4/26/06
_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES NOV. 23, 2006

BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899