# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COINMASTER USA, INC., ) <br> a Delaware corporation, and ) <br> PAUL A. COX, ) <br> ) <br> Defendants. ) | C.A. No. 06-365 <br><br> JURY TRIAL DEMANDED <br><br> NON-ARBITRATION |

## AMENDED CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on the 20th day of June, 2006, I electronically filed Plaintiff's Motion for Remand with the Clerk of Court using CM/ECF and served such filing to counsel as follows:

**VIA CM/ECF:**

Thomas P. Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market Street
Wilmington, DE  19801-4226

**VIA FIRST CLASS MAIL (6/21/06):**

Erin K. Brignola, Esq.
Cooper Levenson April Nieldelman
    & Wagenheim P.A.
30 Fox Hunt Drive
Bear, DE  19701


/s/  Kevin A. Guerke
_____
Kevin A. Guerke, Esq. (DE4096)
kguerke@svglaw.com

54535 v1

## **CERTIFICATE OF SERVICE**

I, Kevin A. Guerke, Esquire, hereby certify that on the 21st day of June, 2006, I electronically filed an Amended Certificate of Service with the Clerk of Court using CM/ECF and served such filing to counsel as follows:

**VIA CM/ECF:**

Thomas P. Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market Street
Wilmington, DE  19801-4226

**VIA FIRST CLASS MAIL (6/21/06):**

Erin K. Brignola, Esq.
Cooper Levenson April Nieldelman
     & Wagenheim P.A.
30 Fox Hunt Drive
Bear, DE  19701


/s/  Kevin A. Guerke
_____
Kevin A. Guerke, Esq. (DE4096)
kguerke@svglaw.com