IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of: ) | |
| ) | CIVIL ACTION NO: 06-CV-365 JJF |
| DANIEL ANTHONY LYNCH, ) | |
|     Plaintiff, ) | JURY TRIAL DEMAND |
| v. ) | NON-ARBITRATION |
| COINMASTER USA, INC. ) | |
| a Delaware Corporation, and ) | |
| PAUL A. COX, ) | |
|     Defendants. ) | |

### RESPONSE TO MOTION FOR REMAND

1. Denied.

2. Defendant, Paul A. Cox, is without sufficient information to admit or deny.

3. Denied

4. Denied

5. Denied.

6. Denied.

7. Denied.

Wherefore, Defendant prays this Motion be denied with fees and costs assessed against plaintiff.

                            Cooper Levenson April Niedelman & Wagenheim, P.A.

Dated: 6/30/06

                            Erin K. Brignola, Esquire (2723)
                            Kevin J. Thornton, Esquire
                            Frederic L. Shenkman, Esquire
                            Rebecca Higbee, Esquire
                            30 Fox Hunt Drive
                            Bear, DE 19701
                            (302) 838-2600
                            (302) 838-1942
                            Attorneys for Paul A. Cox

STATE OF DELAWARE :
:
NEW CASTLE COUNTY :

BE IT REMEMBERED that on this 30th day of June, 2006, personally appeared before me the undersigned, the Subscriber, a Notary Public for the State and County aforesaid, Beverly Bumgarner, who, being by me duly sworn according to law, depose and says that she is employed in the offices of Cooper Levenson, 30 Fox Hunt Drive, Unit 30, Fox Run Shopping Center, Bear, DE 19701, and that on the above date she deposited in the mailbox at the Bear Post Office, Bear, Delaware the attached papers addressed to:

Thomas Preston, Esquire
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19899
Attorney for Coinmaster USA, Inc.

James S. Green, Esquire
Kevin A. Guerke, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
Attorney for Daniel L. Lynch

Daniel Anthony Lynch
134 The aspect, Queen Street
Cardiff CF 102GP
Wales, UK

Cooper Levenson April Niedelman & Wagenheim, P.A.
Attention: Kevin J. Thornton, Esquire
1125 Atlantic Avenue
Atlantic City, NJ 08401

_____
BEVERLY BUMGARNER

SWORN AND SUBSCRIBED before me the day, month and year aforesaid.

_____
NOTARY PUBLIC
STACEY A. MATTIA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 29, 2008