

ATTORNEYS AT LAW

30 Fox Hunt Drive
Fox Run Shopping Center
Bear, DE 19701
Phone 302-838-2600
Fax 302-838-1942
www.cooperlevenson.com

**ERIN K. BRIGNOLA**
Debt Relief Agent
EMAIL: ebrignola@cooperlevenson.com

FILE NO.: 50675.1

July 13, 2006

<u>via Hand Delivery</u>

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

  Re: Lynch v. Coinmaster USA, Inc. and Paul A. Cox
    Civil Action No. 06-CV-365 JJF
    *Request for Oral Argument on Motion Pursuant to Local Rule 7.1.4*

Dear Judge Farnan,

  This office represents the defendant Paul A. Cox in the matter captioned above. Please accept this letter as defendant Paul A. Cox's formal request for oral argument on plaintiff Daniel A. Lynch's pending Motion for Remand, pursuant to Local Rule 7.1.4.

  Thank you for your consideration of this request.

               Respectfully submitted,

               Erin K. Brignola, Esquire (2923)

EKB/fbg
cc: Tom P. Preston, Esq.
   Kevin A. Guerke, Esq.
   Kevin J. Thornton, Esq.
bcc: Robert E. Salad, Esq.
   Paul A. Cox

---

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.