IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH,                               ) | |
|                                          ) | C.A. No. 06-365 - JJF |
|     Plaintiff,                                                    ) | |
|                    v.                                              ) | |
| COINMASTER USA, INC.,                              ) | |
| a Delaware corporation,                             ) | |
|     Defendant/Counterclaim Plaintiff,      ) | |
| PAUL A. COX,                                              ) | |
|     Defendant/Counterclaim Plaintiff and ) | |
|     Third-Party Plaintiff,                           ) | |
|                    v.                                              ) | |
| AUTO GAMING, INC.,                                  ) | |
|     Third-Party Defendant.                      ) | |

**PLAINTIFF DANIEL ANTHONY LYNCH'S AND
THIRD-PARTY DEFENDANT AUTO GAMING, INC.'S
MOTION TO DISMISS DEFENDANT COINMASTER USA, INC.'S
COUNTERCLAIM AND DEFENDANT PAUL A. COX'S
COUNTERCLAIM AND THIRD-PARTY COMPLAINT**

      COMES NOW, Plaintiff Daniel Anthony Lynch and Third-Party Defendant Auto Gaming, Inc., by and through their undersigned counsel, and respectfully move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Defendants' Counterclaim and Third Party Complaint for Defendants' failure to state a claim upon which relief can be granted.

2

        **SEITZ, VAN OGTROP & GREEN, P.A**

        <u>**/S/ James S. Green**</u>
        **JAMES S. GREEN, ESQ. (DE0481)**
        **KEVIN A. GUERKE, ESQ. (DE4096)**
        222 Delaware Avenue, Suite 1500
        P. O. Box 68
        Wilmington, DE  19899
        (302) 888-0600
            Attorneys for Plaintiff and
            Third Party Defendant

Dated:  July 19, 2006

## CERTIFICATE OF SERVICE

I, James S. Green, Esquire, hereby certify that on the 19th day of July, 2006, I electronically filed PLAINTIFF DANIEL ANTHONY LYNCH'S AND THIRD-PARTY DEFENDANT AUTO GAMING, INC.'S MOTION TO DISMISS DEFENDANT COINMASTER USA, INC.'S COUNTERCLAIM AND DEFENDANT PAUL A. COX'S COUNTERCLAIM AND THIRD-PARTY COMPLAINT with the Clerk of Court using CM/ECF and served such filing to counsel as follows:

**VIA CM/ECF:**

Thomas P. Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market Street
Wilmington, DE  19801-4226

**VIA FIRST CLASS MAIL:**

Erin K. Brignola, Esq.
Cooper Levenson April Nieldelman
    & Wagenheim P.A.
30 Fox Hunt Drive
Bear, DE  19701

/s/  James S. Green, Sr.
_____
James S. Green, Sr. (DE0481)
jgreen@svglaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, | ) |
| | )    C.A. No. 06-365   JJF |
|     Plaintiff, | ) |
| | ) |
|         v. | ) |
| | ) |
| COINMASTER USA, INC., | ) |
| a Delaware corporation, | ) |
| | ) |
|     Defendant/Counterclaim Plaintiff, | ) |
| | ) |
| PAUL A. COX, | ) |
| | ) |
|     Defendant/Counterclaim Plaintiff and | ) |
|     Third-Party Plaintiff, | ) |
| | ) |
|         v. | ) |
| | ) |
| AUTO GAMING, INC., | ) |
| | ) |
|     Third-Party Defendant. | ) |

### ORDER

AND NOW, TO WIT, this ___ day of _____, 2006, the Court having heard Plaintiff and Third-Party Defendant's Motion to Dismiss and Defendants and Third-Party Plaintiff's response thereto and having considered the evidence and heard the arguments of counsel thereon,

IT IS HEREBY ORDERED as follows:

Defendants' Counterclaims and the Third-Party Complaint are dismissed on grounds of failure to state a claim upon which relief can be granted.

                                                  _____
                                                  The Honorable Joseph J. Farnan, Jr., U.S.D.J.