IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-365 |
| | ) | |
| COINMASTER USA, INC., a Delaware corporation, and PAUL A. COX, | ) ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE OF COINMASTER USA, INC. TO
MOTION TO DISMISS COUNTERCLAIM
<u>OF PLAINTIFF DANIEL ANTHONY LYNCH</u>**

Defendant/Counterclaim Plaintiff Coinmaster USA, Inc ("CMUSA") responds to the Motion to Dismiss filed by Daniel Anthony Lynch as follows:

1. Plaintiff Daniel Anthony Lynch filed a Motion to Dismiss the Counterclaim of CMUSA on July 19, 2006.

2. The sole ground for Lynch's Motion was that CMUSA lacked standing to assert the claim of conversion against Lynch, which was asserted by CMUSA in its Answer and Counterclaim.

3. CMUSA has filed, simultaneously with this Response, a Motion to Amend its Counterclaim to establish more fully the basis for CMUSA's claim and to satisfy Lynch's concern regarding its standing.

125762.00601/40163703v.1

WHEREFORE, Coinmaster USA, Inc. asks that the Motion to Dismiss filed by Plaintiff Daniel Anthony Lynch be denied, and the Motion to Amend filed by CMUSA be granted.

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 1500
Wilmington, DE 19801
(302) 425-6400

Counsel for Defendant Coinmaster, USA, Inc.

Dated: July 31, 2006

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 31st day of July, 2006, a copy of the **RESPONSE OF COINMASTER USA, INC. TO MOTION TO DISMISS COUNTERCLAIM OF PLAINTIFF DANIEL ANTHONY LYNCH** was served on the following counsel of record:

### BY ELECTRONIC SERVICE

James S. Green, Esquire
Kevin A. Guerke, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Erin K. Brignola, Esquire
Cooper Levenson April Niedelman &
 Niedelman & Wagenheim, P.A.
30 Fox Hunt Drive
Bear, DE 19701

### BY FIRST-CLASS MAIL

Kevin J. Thornton, Esquire
Cooper Levenson, Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401

_____
Thomas P. Preston
I.D. No. 2548

125762.00601/40163703v.1