IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-365 JJF |
| ) | |
| COINMASTER USA, INC., a Delaware ) | |
| corporation, and PAUL A. COX, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE OF DEFENDANT/COUNTERCLAIM PLAINTIFF/THIRD PARTY PLAINTIFF PAUL A. COX TO PLAINTIFF/COUNTERCLAIM DEFENDANT DANIEL A. LYNCH AND THIRD-PARTY DEFENDANT AUTO GAMING INC.'S MOTION TO DISMISS THE COUNTERCLAIM AND THIRD-PARTY COMPLAINT**

Defendant/Counterclaim Plaintiff/Third Party Plaintiff, Paul A. Cox ("Cox"), responds to the Motion to Dismiss filed by Plaintiff/Counterclaim Defendant Daniel A. Lynch ("Lynch") and Third-Party Defendant Auto Gaming Inc. ("AGI") as follows:

1.  Lynch filed his Complaint against Cox and Coinmaster USA, Inc. ("Coinmaster") on or about April 4, 2006. The Complaint was thereafter served on Cox and Coinmaster.

2.  Thereafter Cox removed the Complaint to the United States District Court for the District of Delaware.

3.  Cox filed his Answer, Counterclaim, and Third-Party Complaint on or about June 28, 2006.

CLAC 24482.1

4. That Counterclaim included counts for Intentional Interference with Prospective Business Relations and Conversion against Lynch, arising from Lynch's alleged conversion of the assets of High View, Inc. ("High View") for use by AGI.

5. That Third-Party Complaint included counts for Intentional Interference with Prospective Business Relations and Conversion against AGI, arising from the conversion of the assets of High View for use by AGI.

6. On July 19, 2006, Lynch and AGI filed a Motion to Dismiss Cox's Counterclaim and Third-Party Complaint, claiming that Cox, in his role as an individual shareholder of High View, lacked standing to assert claims for Intentional Interference with Prospective Business Relations and Conversion against Lynch or AGI.

7. Cox has filed, simultaneously with this Response, a Motion for Leave to Amend his Answer, Counterclaim and Third-Party Complaint.

8. Cox's Proposed Amended Answer, Counterclaim, and Third-Party Complaint further develops and restates Cox's claims as being brought on behalf of himself and, derivatively, on behalf of High View.

9. Cox's Proposed Amended Answer, Counterclaim, and Third-Party Complaint makes it clear that Cox has standing to pursue claims against Lynch and AGI on behalf of himself and, derivatively, on behalf of High View. Such right is established in Del. Ch. Ct. R. 23.1 (Derivative Actions by Shareholders) and case law construing same. *See Harry Lewis v. Senior Aronson, et. al.,* 473 A. 2d. 805 (Del. 1984).

10. F.R.C.P. 15(a) establishes that leave to amend shall be freely given when justice so requires. The circumstances of this case demonstrate that such relief is required to prevent Lynch's wrongdoings and transgressions from going unredressed.

WHEREFORE, Paul A. Cox respectfully requests that the Motion to Dismiss filed by Lynch and AGI be denied, and his Motion for Leave to Amend be granted.

          Respectfully submitted,

          COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.

DATED: July 31, 2006

          By: __/s/ Erin K. Brignola_____
             Erin K. Brignola (DE #2723)
             Kevin J. Thornton (NJ #1332)
             Fredric L. Shenkman (NJ #4102)
             30 Fox Hunt Drive
             Bear, Deleaware 19701
             (302) 838-2600
             (302) 838-1942 fax

          ATTORNEYS FOR DEFENDANT,
          PAUL A. COX

CLAC 24482.1

CERTIFICATE OF SERVICE

I, Erin K. Brignola, Esquire, hereby certify that on the 31st day of July, 2006, I electronically filed Defendant / Counterclaim Plaintiff / Third Party Plaintiff Paul A. Cox's Motion for Leave to File an Amended Answer, Counterclaim, and Third-Party Complaint with the Clerk of the Court using CM/ECF and served such filing on counsel as follows:

VIA CM/ECF:

| | |
|---|---|
| James S. Green, Sr., Esq. | Thomas P. Preston, Esq. |
| Seitz, Van Ogtrop & Green, P.A. | Blank Rome, LLP |
| 222 Delaware Ave., Suite 1500 | Chase Manhattan Centre, Suite 800 |
| P.O. Box 68 | 1201 Market St. |
| Wilmington, DE 19899 | Wilmington, DE 19801-4226 |