# SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7603
Writer's E-Mail Address: jgreen@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

August 9, 2006

**Via CM/ECF and Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street, Lock Box 27
Wilmington, DE 19801

    RE:   Daniel Anthony Lynch v. Coinmaster, et al.
             District Court – C. A. No.: 06-365 (JJF)

Dear Judge Farnan:

Pursuant to Local Rule 7.1.4, I hereby request oral argument for the Motion to Dismiss pending in the above matter.

Sincerely,

/s/ *Kevin A. Guerke*

Kevin A. Guerke (DE Bar No. 4096)
kguerke@svglaw.com

KAG/drc

cc:   Erin K. Brignola, Esquire (via CM/ECF)
       Thomas P. Preston, Esquire (via CM/ECF)

55375 v1