

30 Fox Hunt Drive
Fox Run Shopping Center
Bear, DE 19701
Phone 302-838-2600
Fax 302-838-1942
www.cooperlevenson.com
Direct Phone (302) 838-2600
Direct Fax (302) 838-1942

**ERIN K. BRIGNOLA**
Debt Relief Agent
EMAIL: ebrignola@cooperlevenson.com

FILE NO.: 50675.1

August 10, 2006

<u>via ECF and Hand Delivery</u>

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

    Re:    Lynch v. Coinmaster USA, Inc. and Paul Cox
             Civil Action No. 06-CV-365 JJF
             *Request for Oral Argument on Motion Pursuant to Local Rule 7.1.4*

Dear Judge Farnan,

    This firm represents Defendant Paul A. Cox in the above referenced matter. Please accept this letter as Defendant Cox's formal request pursuant to Local Rule 7.1.4, for oral argument on Plaintiff, Daniel A. Lynch's pending Motion to Dismiss Cox's Counterclaim and Third-Party Complaint and Cox's Motion for Leave to File an Amended Answer, Defenses, Counterclaim and Third-Party Complaint. On July 13, 2006 we requested oral argument on Plaintiff's pending Motion for Remand. We request that all pending motions for oral argument be combined if this Honorable Court deems that appropriate.

    I thank Your Honor for considering this request.

                                                               Respectfully Yours,

                                                               Erin K. Brignola, Esq. (2723)

EKB/fbg
cc:    Tom P. Preston, Esq.
        Kevin A. Guerke, Esq.
        Kevin J. Thornton. Esq.

---

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**