IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DANIEL ANTHONY LYNCH,                :
                                     :
        Plaintiff,                   :
                                     :
    v.                               : Civil Action No. 06-365-JJF
                                     :
COINMASTER USA, INC., a Delaware     :
corporation, and PAUL A. COX,        :
                                     :
        Defendants.                  :

## O R D E R

At Wilmington, this 12 day of September 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (D.I. 7) is **DENIED**.

                                    /s/ Joseph J. Farnan, Jr.
                                    UNITED STATES DISTRICT JUDGE