IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | C.A. No. 06-365 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COINMASTER USA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| PAUL A. COX, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO GAMING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF SERVICE

I, Kevin A. Guerke, Esquire, do hereby certify that on this 16th of January, 2007, I served

Plaintiff's First Set of Interrogatories and Requests for Production of Documents Directed to

Defendants via first class mail, postage prepaid upon the following counsel of record::

Thomas P. Preston, Esq.  
Blank Rome LLP  
Chase Manhattan Centre, Suite 800  
1201 Market Street  
Wilmington, DE  19801-4226  

Erin K. Brignola, Esq.  
Cooper Levenson April Nieldelman  
    & Wagenheim P.A.  
30 Fox Hunt Drive  
Bear, DE  19701

57517 v1

                                **SEITZ, VAN OGTROP & GREEN, P.A**

                                /s/ Kevin A. Guerke
                              **JAMES S. GREEN, SR., ESQ. (DE0481)**
                              **KEVIN A. GUERKE, ESQ. (DE2747)**
                              222 Delaware Avenue, Suite 1500
                              P. O. Box 68
                              Wilmington, DE  19899
                              (302) 888-0600
                                    Attorneys for Plaintiff

Dated:  January 16, 2007