**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DANIEL ANTHONY LYNCH, | ) |
| | ) C.A. No. 06-365 JJF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COINMASTER USA, INC., | ) |
| a Delaware corporation, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| | ) |
| PAUL A. COX, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff and | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AUTO GAMING, INC., | ) |
| | ) |
| Third-Party Defendant. | ) |

**PLAINTIFF DANIEL ANTHONY LYNCH'S ANSWER TO AMENDED**
**COUNTERCLAIM OF COINMASTER USA, INC.**

Plaintiff Daniel Anthony Lynch ("Plaintiff" or "Lynch") Answers the Amended Counterclaim of Coinmaster USA, Inc. ("CMUSA") as follows:

51)   Admitted.

52)   Admitted.

53)   Denied.

54) Admitted that High View was formed in June of 2003. By way of further answer, Cox agreed to issue Lynch additional shares in High View and Lynch and Cox remained fifty percent shareholders because Cox refused to issue those shares.

55) Denied.

56) Denied.

57) Denied.

58) Denied.

59) Denied.

60) Denied.

61) Denied.

62) Denied.

## COUNT I
### (Conversion)

63) Plaintiff repeats his answers above as if set forth at length herein.

64) Denied.

65) Denied.

66) Denied.

WHEREFORE, Plaintiff demands judgment in his favor, plus attorneys' fees and costs and all such other relief the Court deems appropriate.

### Affirmative Defenses

### First Affirmative Defense

The Counterclaim fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Counterclaim is barred by the doctrines of laches, unclean hands, estoppel, and /or waiver.

### Third Affirmative Defense

The Counterclaim is barred because Plaintiff owned the rights to the roulette gaming machine according to applicable law or purchased the rights to the machine.

### Fourth Affirmative Defense

The counterclaim is barred because CMUSA had no convertible ownership interest in the assets.

### Fifth Affirmative Defense

The counterclaim is barred because of CMUSA's breached its contract with Lynch.

### Sixth Affirmative Defense

Investigation and discovery are on-going and Plaintiff reserves the right to assert additional defenses.

**SEITZ, VAN OGTROP & GREEN, P.A**

/s/ Kevin A. Guerke
JAMES S. GREEN, SR., ESQ. (DE0481)
KEVIN A. GUERKE, ESQ. (DE4096)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
    Attorneys for Plaintiff

Dated: January 30, 2007