# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, ) | |
| ) | C.A. No. 06-365 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COINMASTER USA, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| PAUL A. COX, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AUTO GAMING, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

### INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1) OF PLAINTIFF DANIEL ANTHONY LYNCH

As required by Fed. R. Civ. P. 26(a)(1), Plaintiff Daniel Anthony Lynch states:

A.  The name of each individual likely to have discoverable information relevant to disputed facts alleged with particularity:

| **Name** | **Phone Number** |
|---|---|
| Daniel Anthony Lynch<br>134 The Aspect<br>Queen Street<br>Cardiff, Wales, U.K. CF102GP | 888-536-1409 |
| Paul A. Cox<br>15 Colonial Drive<br>Cocoa Beach, FL | |
| Brad Hutcheon<br>585 Boysenberry Way<br>Oceanside, CA 92057 | 760-533-8676 |

59058 v1

Will Robinson                                         0117 981 2050
I. Best
Ernst & Young
One Bridewell Street
Bristol BSI 2AA

Rory Allin
3001 Aloma Ave.
Winter Park, FL 32792
(Last known address)

Mary Cox
15 Colonial Drive
Cocoa Beach, FL

Kellie Baker                                          407-365-1095
1009 Alpug Ave.
Oviedo, FL

Michael Lerwill
ML Solutions Ltd.
5 CWRT Y Coed
Brackla Bridgend CF31
2 ST Wales, U.K.

      B.     Documents relevant to disputed facts alleged with particularity:

Relevant documents are attached as exhibits to the parties' pleadings. Additional categories of documents include: written and electronic correspondence, applications, corporate filings, and contracts.

      C.     Computation of damages.

See Complaint.

      D.     Insurance.

None.

                                                                     **SEITZ, VAN OGTROP & GREEN, P.A**

                                                                      /s/ Kevin A. Guerke
                                                                      **JAMES S. GREEN, SR., ESQ. (DE0481)**
                                                                      **KEVIN A. GUERKE, ESQ. (DE2747)**
                                                                      222 Delaware Avenue, Suite 1500
                                                                      P. O. Box 68
                                                                      Wilmington, DE  19899
                                                                      (302) 888-0600
Dated:  April 30, 2007                                       Attorneys for Plaintiff