**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DANIEL ANTHONY LYNCH,<br><br>                Plaintiff,<br><br>v.<br><br>COINMASTER USA, INC.,<br>a Delaware corporation,<br><br>                Defendant/Counterclaim Plaintiff,<br><br>PAUL A. COX,<br><br>                Defendant/Counterclaim Plaintiff and<br>                Third-Party Plaintiff,<br><br>v.<br><br>AUTO GAMING, INC.,<br><br>                Third-Party Defendant. | C.A. No. 06-365 JJF<br><br>**DEFENDANT/COUNTERCLAIMANT/ THIRD-PARTY PLAINTIFF PAUL A. COX'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1)** |

Pursuant to F.R.C.P. 26(a)(1), Defendant/Counterclaimant/Third-Party Plaintiff Paul A. Cox, by and through its undersigned counsel, hereby makes the following initial disclosures. Defendant reserves the right to supplement or correct these disclosures.

    **A.**    **Persons Likely To Have Discoverable Information That Defendant May Use To Support Its Defenses**

1. Paul A. Cox, 3001 Aloma Avenue, Winter Park, FL 32792; [407-415-7934].

2. Daniel Anthony Lynch, 134 The Aspect, Queen Street, Cardiff, Wales, U.K. CF102GP; [888-536-1409].

3. Brad Hutcheon, 585 Boysenberry Way, Oceanside, CA 92057; [760-533-8676].

4. Adrian Wolstenholme, Ernst & Young, LLP, One Bridewell Street, Bristol, BSI 2AA; [0117-981-2050].

5. Ian Best, Ernst & Young, LLP, One Bridewell Street, Bristol, BSI 2AA; [0117-981-2050].

PDF created with pdfFactory Pro trial version www.pdffactory.com

6. Rory Allen.

7. Employees of the bank of Scotland.

8. Kellie Baker, 1009 Alpug Avenue, Oviedo, FL; [407-365-1095].

9. All additional parties named in Plaintiff Daniel Anthony Lynch's Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1).

**B.   Documents And Things In Defendant's Possession, Custody, Or Control That Defendant May Use To Support Its Defenses**

See all documents and other materials produced by all parties in discovery.

**C.   Computation of Damages**

See Counterclaim and Third-Party Complaint.

**D.   Insurance**

None.

          COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
          Attorneys for Defendant-Paul A. Cox

By:   /s/ Erin K. Brignola, Esquire

DATED: May 4, 2007
          Erin K. Brignola, Esquire (2723)
          30 Fox Hunt Drive
          Bear, DE 19701
          [(302) 838-2600

PDF created with pdfFactory Pro trial version www.pdffactory.com