IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, ) | |
| ) | C.A. No. 06-365 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COINMASTER USA, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| PAUL A. COX, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AUTO GAMING, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

PLEASE TAKE NOTICE that Plaintiff Daniel Anthony Lynch hereby withdraws his Motion to Compel filed April 20, 2007 (Docket No. 37).

**SEITZ, VAN OGTROP & GREEN, P.A**

/s/ Kevin A. Guerke
**JAMES S. GREEN, SR., ESQ. (DE0481)**
**KEVIN A. GUERKE, ESQ. (DE2747)**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
  Attorneys for Plaintiff

Dated:  May 7, 2007

58894 v1