IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-365 JJF |
| v. | ) | |
| | ) | |
| COINMASTER USA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| PAUL A. COX, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO GAMING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**INITIAL DISCLOSURES PURSUANT TO
F.R.C.P. 26(a)(1) OF DEFENDANT COINMASTER USA, INC.**

Pursuant to F.R.C.P. 26(a)(1), Defendant/Counterclaim Plaintiff Coinmaster USA, Inc. ("Coinmaster") incorporates by reference the Initial Disclosures filed on behalf of Defendant/Counterclaim Plaintiff Paul A. Cox ("Cox"). Inasmuch as Cox was the Chief Executive Officer of Coinmaster, his knowledge and information of witnesses and documents responsive to the requirements of Rule 26 is believed to cover any knowledge Coinmaster might have.

Respectfully submitted,

BLANK ROME LLP

_____
Thomas P. Preston (I.D. No. 2548)
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

Attorneys for Defendant/Counterclaim
Plaintiff Coinmaster USA, Inc.

Dated:   May 7, 2007

2

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 7th day of May, 2007, a copy of the **INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1) OF DEFENDANT COINMASTER USA, INC.** was served on the following counsel of record:

### BY ELECTRONIC SERVICE

James S. Green, Esquire
Kevin A. Guerke, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

AND

Erin K. Brignola, Esquire
Cooper Levenson April Niedelman &
 Niedelman & Wagenheim, P.A.
30 Fox Hunt Drive
Bear, DE 19701

### BY FIRST-CLASS MAIL

Kevin J. Thornton, Esquire
Cooper Levenson, Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401

_____
Thomas P. Preston
I.D. No. 2548