IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-365 JJF |
| v. | ) | |
| | ) | |
| COINMASTER USA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| PAUL A. COX, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO GAMING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 25th day of June, 2007, I caused to be served upon the following counsel a copy of this **NOTICE** and **DEFENDANT, COUNTERCLAIMANT AND THIRD-PARTY PLAINTIFF COINMASTER USA, INC.'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF/COUNTERCLAIM DEFENDANT DANIEL ANTHONY LYNCH AND AUTO GAMING, INC.**

**BY ELECTRONIC SERVICE**

James S. Green, Esquire
Kevin A. Guerke, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Erin K. Brignola, Esquire
Cooper Levenson April Niedelman &
 Niedelman & Wagenheim, P.A.
30 Fox Hunt Drive
Bear, DE 19701


**BY FIRST-CLASS MAIL**

Kevin J. Thornton, Esquire
Cooper Levenson, Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401


　　　　　　　　　　　　　　　　　　　/s/ *Thomas P. Preston*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Thomas P. Preston
　　　　　　　　　　　　　　　　　　　I.D. No. 2548