IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | C.A. No. 06-365 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COINMASTER USA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| PAUL A. COX, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff and Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO GAMING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF SERVICE

I, Kevin A. Guerke, Esquire, do hereby certify that on this 27th of June, 2007, I served Plaintiff's Second Set of Interrogatories and Requests for Production of Documents Directed to Defendants via first class mail, postage prepaid upon the following counsel of record:

Thomas P. Preston, Esq.  
Blank Rome LLP  
Chase Manhattan Centre, Suite 800  
1201 Market Street  
Wilmington, DE 19801-4226

Erin K. Brignola, Esq.  
Cooper Levenson April Nieldelman & Wagenheim P.A.  
30 Fox Hunt Drive  
Bear, DE 19701

57517 v1

2

                                                   **SEITZ, VAN OGTROP & GREEN, P.A**

/s/ Kevin A. Guerke
**JAMES S. GREEN, SR., ESQ. (DE0481)**
**KEVIN A. GUERKE, ESQ. (DE2747)**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
      Attorneys for Plaintiff

Dated:  June 27, 2007