# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, | |
| Plaintiff, | |
| v. | |
| COINMASTER USA, INC., a Delaware corporation, | |
| Defendant/Counterclaim Plaintiff, | Civil Action No. 06-365 JJF |
| PAUL A. COX, | |
| Defendant/Counterclaim Plaintiff and Third-Party Plaintiff, | |
| v. | |
| AUTO GAMING, INC., | |
| Third-Party Defendant. | |

**NOTICE OF SERVICE**

    I, Erin K. Brignola, Esquire, do hereby certify that June 29, 2007, I served Plaintiffs Second Set of Interrogatories and requests for Production of Documents Directed to defendants via first class mail, postage prepaid upon the following counsel of record:

```
James S. Green, Esquire              Thomas P. Preston, Esquire
Kevin A. Guerke, Esquire             Blank Rome LLP
Seitz, Van Ogtrop & Green, P.A.      Chase Manhattan Centre
222 Delaware Avenue, Suite 1500      Suite 800
P.O. Box 68                          1201 Market Street
Wilmington, DE 19899                 Wilmington, DE 19801
```

2

        Cooper Levenson April Niedelman & Wagenheim, P.A.

        <u>s/Erin K. Brignola</u>
Erin K. Brignola, Esquire (DE-2723)
30 Fox Hunt
Bear, DE 19701
(302)838-2600
*Attorney for Paul A. Cox*

CLAC; 123049.1