```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE

DANIEL ANTHONY LYNCH,                :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :  Civil Action No. 06-365-JJF
                                     :
COINMASTER USA, INC.,                :
                                     :
        Defendant/                   :
        Counterclaim Plaintiff,      :
                                     :
PAUL A. COX,                         :
                                     :
        Defendant/Counterclaim       :
        Plaintiff/Third-Party        :
        Plaintiff,                   :
                                     :
    v.                               :
                                     :
AUTO GAMING, INC.,                   :
                                     :
        Third-Party Defendant.       :
```

**O R D E R**

    WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order in the above-captioned matter;

    NOW THEREFORE, IT IS HEREBY ORDERED that:

    1)  A Pretrial Conference will be held on **Thursday, February 7, 2008 at 12:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

    2)  Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference.  Counsel

should be available during the 120 day period for trial.

July 11, 2007
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE