IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | C.A. No. 06-365 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COINMASTER USA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| PAUL A. COX, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO GAMING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF SERVICE

I, Kevin A. Guerke, Esquire, do hereby certify that on this 28th of September, 2007, I served DANIEL ANTHONY LYNCH AND AUTO GAMING, INC.'S ANSWERS TO PAUL A. COX'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS and DANIEL ANTHONY LYNCH AND AUTO GAMING, INC.'S ANSWERS TO COINMASTER USA, INC.'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS upon the following counsel of record:

*VIA HAND DELIVERY*

Thomas P. Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market Street
Wilmington, DE  19801-4226

*FEDERAL EXPRESS*

Kevin J. Thornton , Esq.
Cooper Levenson April Niedelman
& Wagenheim, P.A.
1125 Atlantic Avenue
Atlantic City, NJ  08401

57517 v1

                        SEITZ, VAN OGTROP & GREEN, P.A

                        /s/ Kevin A. Guerke
                        **JAMES S. GREEN, SR., ESQ. (DE0481)**
                        **KEVIN A. GUERKE, ESQ. (DE2747)**
                        222 Delaware Avenue, Suite 1500
                        P. O. Box 68
                        Wilmington, DE  19899
                        (302) 888-0600
                              Attorneys for Plaintiff

Dated: September, 28, 2007

57517 v1