IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of: | ) |
| | ) |
| DANIEL ANTHONY LYNCH, | ) |
|       Plaintiff, | ) |
| v. | )   Chapter 7 |
| | ) |
| COINMASTER USA, INC. | )   Civil Action No: 06-CV-365 (JJF) |
| A Delaware Corporation, and | ) |
| PAUL A. COX, | ) |
|       Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of STEVEN D. SCHERZER, ESQ. of the Law Offices of Cooper Levenson April Niedelman & Wagenheim to represent as Counsel for Debtor-Defendant, Paul A. Cox, in this action.

                Cooper Levenson April Niedelman & Wagenheim, P.A.

                _/s/ Erin K. Brignola_____
                Erin K. Brignola, Esq (2723)
                30 Fox Hunt Drive
                Bear, DE 19701
                (302) 838-2600

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Steven D. Scherzer, Esquire is granted.

Date:                                 _____
                                United States Bankruptcy Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                _/s/ Steven D.Scherzer_____
                  Steven D. Scherzer, Esq
              Cooper Levenson April Niedelman & Wagenheim