# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DANIEL ANTHONY LYNCH,     )
      )    C.A. No. 06-365 JJF
     Plaintiff,     )
      )
     v.     )
      )
COINMASTER USA, INC.,     )
a Delaware corporation,     )
      )
     Defendant/Counterclaim Plaintiff,     )
      )
PAUL A. COX,     )
      )
     Defendant/Counterclaim Plaintiff and     )
     Third-Party Plaintiff,     )
      )
     v.     )
      )
AUTO GAMING, INC.,     )
      )
     Third-Party Defendant.     )

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Paul A.

Cox on November 27, 2007 at 9:00 a.m. at the offices of Seitz, Van Ogtrop & Green, P.A., 222

Delaware Avenue, Suite 1500, Wilmington, Delaware 19801 .

     **SEITZ, VAN OGTROP & GREEN, P.A**

     /s/ Kevin A. Guerke
     **JAMES S. GREEN, SR., ESQ. (DE0481)**
     **KEVIN A. GUERKE, ESQ. (DE2747)**
     222 Delaware Avenue, Suite 1500
     P. O. Box 68
     Wilmington, DE  19899
     (302) 888-0600
          Attorneys for Plaintiff
          and Third Party Defendant

Dated:  November 9, 2007

cc:  Wilcox & Fetzer

57517 v1