IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       v. | )   Civil Action No. 06-365 JJF |
| | ) |
| COINMASTER USA, INC., | ) |
| a Delaware corporation, | ) |
| | ) |
|    Defendant/Counterclaim Plaintiff, | ) |
| | ) |
| PAUL A. COX, | ) |
| | ) |
|    Defendant/Counterclaim Plaintiff and | ) |
|    Third-Party Plaintiff, | ) |
| | ) |
|       v. | ) |
| | ) |
| AUTO GAMING, INC., | ) |
| | ) |
|    Third-Party Defendant. | ) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Daniel Anthony Lynch on November 27, 2007 at 10:00 a.m. at the office of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, DE 19801.

**Cooper Levenson April Niedelman & Wagenheim, P.A.**

/s/ Erin K. Brignola
Erin K. Brignola, Esquire (2723)
30 Fox Hunt Drive
Bear, De 19701
(302) 838-2600
*Attorneys for Defendant/Counterclaim Plaintiff*
*And Third Party Plaintiff*

Dated: November 12, 2007