IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COINMASTER USA, INC., )<br>a Delaware corporation, )<br>)<br>Defendant/Counterclaim Plaintiff, )<br>)<br>PAUL A. COX, )<br>)<br>Defendant/Counterclaim Plaintiff and )<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>AUTO GAMING, INC., )<br>)<br>Third-Party Defendant. ) | Civil Action No. 06-365 JJF |

## AMENDED NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Daniel Anthony Lynch on <u>November 26, 2007 at 9:00 a.m.</u> at the office of Blank Rome LLP, Chase Manhattan Centre, Suite 800, 1201 North Market Street Wilmington, DE 19801.

**Cooper Levenson April Niedelman & Wagenheim, P.A.**

/s/ Erin K. Brignola
Erin K. Brignola, Esquire (2723)
30 Fox Hunt Drive
Bear, De 19701
(302) 838-2600
*Attorneys for Defendant/Counterclaim Plaintiff*
*And Third Party Plaintiff*

Dated: November 14, 2007