## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DANIEL ANTHONY LYNCH,

                        Plaintiff,

          v.

COINMASTER USA, INC.,
 a Delaware corporation,

          Defendant/Counterclaim Plaintiff,

PAUL A. COX,

          Defendant/Counterclaim Plaintiff and
                    Third-Party Plaintiff,

          v.

AUTO GAMING, INC.,

          Third-Party Defendant.

Civil Action No. 06-365 JJF

## RESPONSE TO DANIEL ANTHONY LYNCH AND AUTO GAMING, INC.' S MOTION TO COMPEL (ref. D.I. no.; 52)

COMES NOW DEFENDANT, Paul A. Cox ("Cox") by and through his attorney, Erin K. Brignola, to respond to Plaintiff, Daniel Anthony Lynch ("Lynch") and Auto Gaming, Inc.'s Motion to Compel the Defendants' to Answer Interrogatories and Produce Documents requested by Lynch. The specific responses are set forth in the accompanying Certification of attorney Steven D. Scherzer which are incorporated herein by reference.

WHEREFORE, Defendant, Paul A. Cox respectfully requests such further relief in his favor as the Court deems just and appropriate. Plaintiffs' Motion to Compel should be Denied.

Respectfully submitted,

Cooper Levenson April Niedelman & Wagenheim, P.A.

By:____/s/ Erin K. Brignola_____

DATED:  November 19, 2007

Erin K. Brignola, Esquire (DE #2723)
Steven D. Scherzer, Esquire
30 Fox Hunt Drive
Bear, Delaware 19701
(302) 838-2600 telephone
(302) 838-1942 facsimile
*Attorneys for Defendant, Paul A. Cox*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-365 JJF |
| | ) | |
| COINMASTER USA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | **CERTIFICATION IN OPPOSITION TO** |
| PAUL A. COX, | ) | **PLAINTIFF'S DISCOVERY MOTION** |
| | ) | |
| Defendant/Counterclaim Plaintiff | ) | |
| and Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO GAMING, INC., a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## CERTIFICATION OF STEVEN D. SCHERZER, ESQUIRE

Steven D. Scherzer, Esquire, hereby certifies as follows:

1.      I am an attorney who is licensed to practice law in the State of New Jersey and have just been entrusted with the representation of the Defendant, Paul A. Cox, in the above-captioned matter.

2.      Specifically, at all times prior to Thursday, November 1, 2007 (2 weeks ago), this matter was handled exclusively by my partner, Kevin Thornton, Esquire.

3.      On Thursday, November 1, 2007, I was informed by Robert E. Salad, Esquire, the attorney in this law firm responsible for maintaining a working relationship with the client, that Mr. Thornton had suffered a serious and debilitating illness. As a result of several requests for greater information, Mr. Salad informed me the nature of Kevin's illness was a private matter

and would not be disclosed.  However, I was informed by another knowledgeable partner in this law firm that Mr. Thornton was, henceforth, on "extended sabbatical."  Further, I was told that I could not hope nor expect to receive any cooperation or help from Mr. Thornton in the foreseeable future.

4.    Almost immediately thereafter, I requested copies of the entire file.  This file takes up about 6 redwells and consists of thousands of pages of documents, extensive pleadings, e-mails, computer disks, three-ring binders, etc.

5.    Even prior to calling Mr. Cox, or even discovering that Mr. Preston was functioning as counsel for a related party, I called my adversary, Kevin Guerke, Esquire.  I immediately informed Mr. Guerke of Mr. Thornton's illness and attempted to ascertain whether there were any upcoming deadlines or agreements concerning the completion of discovery; *i.e.* I could not locate a Management Order in the file.

6.    Mr. Guerke informed me that he and Mr. Thornton had previously reached an agreement whereby supplemental interrogatory answers and supplemental requests for documentation were to be exchanged the very next day and that depositions of the principals were scheduled for the next week – November 8, 2007 and November 9, 2007.  Although my teleconference with Mr. Guerke could not have been more pleasant, he informed me that he was not in a position, at that time, to relax any deadlines without permission and approval of a more senior member of his law firm and his client.  Apparently, counsel, collectively, had permitted several deadlines to come and go (while negotiations proceeded) and thus were only now refocusing on the completion of discovery.

7.    I then spoke with Mr. Preston.  Both Mr. Preston and I agreed that it would be inappropriate and injurious to our clients if we proceeded with depositions on November 8, 2007 and November 9, 2007 – I was simply unprepared and unlikely to become prepared one week

2

hence. As I recall, we left a detailed voice message on Mr. Green's voice mail to that effect that very afternoon.

8.      On November 2, 2007, I received a letter from Mr. Green rejecting any delay. A copy of that letter is attached hereto and marked Exhibit A hereof. I immediately responded by way of both a November 2, 2007 letter and e-mail to Mr. Guerke – copies of which are attached hereto and marked as Exhibit B hereof. Please note that I again requested the minimal courtesy of a short delay in order to become more conversant with this most voluminous file and complicated dispute. I shared with him my personal experiences regarding the need for postponement in these types of situations.

9.      I am also attaching hereto, as Exhibit C, copies of e-mail messages by and among this law firm, Mr. Green, Mr. Preston and Mr. Guerke. Apparently, Mr. Guerke did not inform Mr. Green as to the reasons for my request – perhaps Mr. Guerke simply forgot that my entry onto the scene was the result of Mr. Thornton's illness. Irrespective of same, by November 2, 2007 – and immediately subsequent to my receipt of this assignment – both Mr. Greene and Mr. Guerke were fully knowledgeable concerning Mr. Thornton's situation.

10.     Both Mr. Green and Mr. Guerke confirmed that there did <u>not</u> exist a Management Order wherein the parties agreed to answer interrogatories and exchange documents by November 2, 2007 nor take depositions on November 8, 2007 and November 9, 2007. These dates were the targets agreed to between counsel – which counsel included Mr. Thornton prior to his departure from this scene.

11.     Parenthetically, on Monday, November 5, 2007, Mr. Guerke and I exchanged e-mail messages wherein Mr. Guerke accused me of calling him "a liar." As the Court can see, I wrote to Mr. Guerke on 2 separate occasions and attempted to defuse this communication. Apparently, Mr. Guerke was not mollified.

3

12.     As of November 5, 2007, I had thought and had believed that Mr. Green and Mr. Guerke accepted the inevitability of delaying production of documents and answers to interrogatories and scheduling the depositions some time during the week of November 26, 2007 – prior to the close of the calendar month.  I heard nothing more from them for one full week.

13.     It was my understanding and belief, in that regard, that we would firm up the November 26th depositions and that I would be answering the interrogatories and supplying documentations (which had, as of November 1, 2007, arrived on my desk via Federal Express from the client) without further acrimony or delay.

14.     Contrary to the Certification now being submitted by Mr. Green, I never received a phone call, or an e-mail, or a letter, or any other communication from Mr. Green or Mr. Guerke wherein they insisted upon the answers to interrogatories forthwith or a motion would be filed. As such, the receipt of this Motion on Friday, November 9, 2007 (just one full week after November 2, 2007 target date) came as a shock to me.

15.     On November 14, 2007, I wrote to Mr. Green, a copy of which letter is attached hereto as Exhibit D hereof.  While I sent, via UPS overnight, approximately a foot of documentation and answers to interrogatories, I sent the cover letter via telefax.

16.     Mr. Green responded immediately.  I am attaching hereto a copy of an e-mail marked Exhibit E hereof wherein Mr. Green has advised me that under no circumstances would he withdraw the Motion.  On the next morning, on Thursday, November 15, 2007, I responded and asked Mr. Green to provide me with greater clarification as to what I consider to be a most unusual and discourteous process in refusing to grant to counsel a decent interval given Mr. Thornton's absence – Exhibit F.  Mr. Green responded to that e-mail late on Friday afternoon as a further response – Exhibit G.

4

17.     Parenthetically, a second set of interrogatories (wherein the Plaintiff now bases this Motion upon) appears to have violated Rule 33(a); specifically, that Rule provides interrogatories not exceeding 25 in number to include all discreet parts. Parties/counsel appear to require leave of Court to serve additional Interrogatories. I can locate no such Motion. The aggregate number of interrogatories contained within Plaintiff's first and second set exceeds 25 questions. Although I certainly identified this issue prior to submitting fully responsive and comprehensive answers to this second set of interrogatories, I had not objected.

18.     Moreover, upon review of the submission, propounded by the Plaintiff, I note that I had not received, prior to the November 9, 2007 moving papers, any indication, that the Plaintiff objected to the privilege log or the failure of the Defendant to supply these materials. Certainly between Monday, November 12, 2007 and today, Friday, November 16, 2007, I have not been able to focus on that issue. I intend to do so shortly. Once again, had Mr. Green or Mr. Guerke given me the courtesy of a "head's up" about this issue, I feel confident that we could have resolved same without the necessity of requesting a judicial ruling.

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.


By:   /s/ Steven D. Scherzer

Dated: November _16___, 2007          STEVEN D. SCHERZER, ESQUIRE
                                      *Attorneys for Defendant/Counterclaim*
                                      *Plaintiff and Third-Party Plaintiff, Paul A.*
                                      *Cox*

5

# EXHIBIT A

## SEITZ, VAN OGTROP & GREEN, P.A.

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

Writer's Direct Dial: (302) 888-7603
Writer's E-Mail Address: jgreen@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

November 2, 2007

<u>VIA E-MAIL & FIRST CLASS MAIL</u>

Thomas P. Preston, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

Steven D. Scherzer, Esq.
Cooper Levenson April Niedelman
&  Wagenheim, P.A.
1125 Atlantic Avenue
Atlantic City, NJ 08401

RE:   *Daniel Anthony Lynch v.*
      *Coinmaster USA, Inc. and Paul A. Cox v.*
      *Auto Gaming, Inc.*
      United States District Court of Delaware
      C.A. No. 06-365 JJF

Dear Tom and Steve:

I just listened to the voice mail that the two of you left for Kevin Guerke this morning. I returned Tom's call as requested, but got his voice mail. To confirm your voice mail message, Steve Scherzer unilaterally told us that he was canceling not only Tony Lynch's deposition, which is his prerogative because it was a deposition that your clients wanted to take, but was canceling Paul Cox's deposition as well. This is unacceptable to us. Mr. Cox is a deponent that we have been trying to get to Wilmington for his deposition for some time. We have also been trying to get the discovery done in this case, despite unbelievable resistance from Coinmaster and Mr. Cox. Regardless of the fact that your clients have both totally shirked their responsibilities with regard to providing us with paper discovery, we intend to move forward with Mr. Cox's deposition as agreed on November 8, 2007. <u>See</u> attached correspondence.

If we want to move forward with the deposition despite your clients' failure to provide adequate discovery responses, that is our prerogative and we plan to exercise it. We have gone to great lengths to provide voluminous discovery in response to your requests, and Mr. Lynch has made travel arrangements to be here on the agreed upon date for his deposition. He intends to be here for Mr. Cox's deposition, and we intend to produce him as agreed for his deposition. If you elect not to take his deposition because you are unprepared to do so, again, that is your

60574 v1

Thomas P. Preston, Esquire
Steven D. Scherzer, Esquire
November 2, 2007
Page 2


prerogative. Whether we will produce him in <u>Delaware</u> again for a deposition, is another matter. It may well be that you may have to travel to the United Kingdom to take his deposition. Although, if he is in the United States and you want to take his deposition here at a future time that is convenient to all of us, we will make every effort to accommodate your schedule.

If you do not produce Mr. Cox as agreed on November 8 for his deposition, we intend to move the Court for appropriate sanctions, including a dismissal of all counterclaims and default judgment, or other sanctions the Court deems appropriate under the circumstances.

I regret having to take this hard stance, but your clients' repeated recalcitrance and lack of cooperation and delay leaves us no option.

If you have any questions, please do not hesitate to contact me or Kevin.

Sincerely,

James S. Green, Sr.

JSG/sp
Enc.

cc:    Daniel Anthony Lynch, Esq. (via e-mail)
       Kevin A. Guerke, Esq. (firm)

# EXHIBIT B



1125 Atlantic Avenue

Atlantic City, NJ 08401

Phone 609-344-3161

Toll Free 800-529-3161

Fax 609-344-0939

www.cooperlevenson.com

Direct Phone (609) 572-7534
Direct Fax (609) 572-7535

FILE NO.: 50675-1

**STEVEN D. SCHERZER**
EMAIL: sscherzer@cooperlevenson.com

November 2, 2007

<u>VIA FACSIMILE (302) 888-0606</u>

Kevin A. Guerke, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

      Re:    Daniel Anthony Lynch v. Coinmaster USA, Inc. and Paul A. Cox v. Auto Gaming, Inc.
              U.S. District Court of Delaware, C.A. No. 06-365 JJF

Dear Kevin:

       Pursuant to our teleconference of today and the lengthy email message that Tom Preston and I left for you, you should again be aware and advised that, for the foreseeable future, I will be taking over responsibility for representing Mr. Cox in this matter. I understand that my partner, Kevin Thornton, Esquire, will be out of this office for health related reasons and is not expected to return for at least several weeks. I hope and expect to provide you with greater detail shortly.

       Over the past 48 hours, my associate, Erika Kelley, Esquire, and I have spent a great deal of time reviewing this voluminous file. Needless to say, there will be a considerable "learning curve" in that litigation has apparently been going on for about a year and a half and that the parties have a long history of complicated disputed transaction. I noted, in that regard, that there did not exist a scheduling order which mandated that depositions must take place on November 8, 2007 and November 9, 2007. In fact, the last order that I have reviewed contains a reference to a February 7, 2008 pretrial conference with the expectation that trial will be scheduled within 120 days of that date. I further understand that you and Kevin Thornton had exchanged various email messages with the hope and expectations that depositions would take place next week.

       Given Kevin's medical problems and given the fact that, presumably, without any input or assistance from Kevin, I will need to come up to speed on this matter, it is most inappropriate and unreasonable to expect that these informal target dates can and will be respected. This is especially true given the fact that depositions of the two principals will be a seminal event in this entire litigation process. Parenthetically, I have court ordered depositions in Atlantic City on November 8th and

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

Kevin A. Guerke, Esquire
November 2, 2007
Page 2

November 9th. I am certainly not going to rush into that process to the extreme detriment of my client. I am sure you understand.

With that background in mind, I will <u>not</u> be producing Mr. Cox for depositions next week. Moreover, I am now cancelling the deposition of your client as well. Please contact your client as soon as practicable and advise him so that he can change his travel plans. We are, of course, hoping to avoid unnecessary expenditures in that regard.

Ms. Kelley and I do, however, intend to spend a good deal of time in this matter and hope to provide you with comprehensive answers to interrogatories and responses to production of documents within the next several days.

In the meantime, my client and I are amenable to the completion of depositions during the week of November 26, 2007. Because Sunday, November 25, 2007 (the Sunday of the Thanksgiving holiday weekend) is traditionally the most heavily traveled day of the year, I would suggest that our clients travel to this area no sooner than Tuesday, November 27, 2007. Perhaps depositions of Thursday, November 29, 2007 and Friday, November 30, 2007 can and should be target dates. What is your availability?

Very truly yours,

STEVEN D. SCHERZER

SDS/amp
cc:    Robert E. Salad, Esquire
       Thomas P. Preston, Esquire (via facsimile)
       Erin K. Brignola, Esquire
       Erika-Leigh Kelley, Esquire
       Mr. Paul A. Cox (via email)
CLAC; 160525.1

## Scherzer Steven D.

**From:**    Scherzer Steven D.

**Sent:**    Friday, November 02, 2007 5:51 PM

**To:**    'James S Green'; Preston, Thomas; Kevin Guerke

**Cc:**    Salad Robert E.; Kelley Erika-Leigh

**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Jim - Kevin Thorton is very sick. I understand that he is completely unavailable to me during this transition process and that he is on "extended sabbatical" with this firm. For all of us who have been practicing law and have litigated for years, we can all read between the lines. This is not a tactical ploy.

This is a complicated case. My associate and I will do our very best to come up to speed as soon as possible. While I know that Kevin and Kevin were shooting for Nov 8 - 9 depositions, there is nothing sacrosanct about those dates - the court did not enter a discovery order fixing Nov 8 and Nov 9 as firm dates. In fact, another court here in Atlantic County has fixed those exact dates for deps in a manner involving my most important client. Your client has not yet left from the U.K.

At the risk of repeating myself, when attorneys become ill and files are transferred, target dates get set back. When an adversary (whom I don't care for) called me a month ago and, on the very eve of trial, told me that his wife had just been diagnosed with breast cancer, I joined in his application for an adjournment. When I had a heart attack 5 years ago, every one of my adversaries and every judge put all my matters in statis - nothing moved until I returned. These stories are not unusual.

Tom insists that you and Kevin are class acts. I am assuming, therefore, that your reluntance to grant normal courtesies is responsive to client pressures. But I need not reinterate that we are expected by fellow members of the bar and by the bench to do the right thing when an attorney becomes unexpectedly ill.

I am simply not going to prejudice my client by producing him on 11/8 and then taking a terrible dep on 11/9. No thank you. Without trying to sound unnecessarily bellicose, depositions next week are off. If we can not agree to reschedule 2 or 3 weeks hence, then motion practice will follow. I am quite comfortable presenting the above to the court.

## Steven D. Scherzer, Esquire
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

-----Original Message-----
**From:** James S Green [mailto:jgreen@svglaw.com]
**Sent:** Friday, November 02, 2007 4:48 PM
**To:** Preston, Thomas; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Tom, please forgive my "gotcha school" letter. I did call you and got your voicemail, and did not want to delay getting our position to you, and Mr. Scherzer. Mr. Scherzer never told us that Kevin Thornton was sick, he simply said that the case was just assigned to him yesterday. Kevin Guerke politely told Mr. Schertzer that we could not provide any more courtesies with regard to discovery extensions etc. Today when you and Mr. Scherzer called Kevin the message you left never intimated that Mr. Thornton had suffered any kind of medical emergency. He simply announced that Cox would not show up and he was not taking Lynch's deposition. With all due respect, I do not see why you could not defend Mr. Cox at his deposition, and I won't try to flatter you by stating that you are one of the premier litigators around, and probably could do it blindfolded. The real issue here is that your clients have been stringing us along since this case was filed. I hasten to point out that between Blank Rome and Cooper Levinson there are probably more than 500 lawyers, while Kevin has pretty much handled this case on his own and has been able to get discovery done and meet appropriate deadlines.

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: jgreen@svglaw.com
tel: (302) 888-0600
direct: (302) 888-7603
fax: (302) 888-0606

---

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.

-----Original Message-----
**From:** Clark, Patti [mailto:Clark-pa@BlankRome.com] **On Behalf Of** Preston, Thomas
**Sent:** Friday, November 02, 2007 4:05 PM
**To:** James S Green; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Please see Tom Preston's letter (attached) in response to today's earlier correspondence.

Patti

**Patti F. Clark | Legal Secretary to Thomas P. Preston, David K. Sheppard and Christine S. Azar|**
**Blank Rome LLP**
Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington, DE 19801
Phone: 302.425.6400, Ext. 4535 | Fax: 425.6464 | Email: clark-pa@blankrome.com

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

********************************************************************************

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

11/15/2007

## Scherzer Steven D.

**From:**     Scherzer Steven D.

**Sent:**     Friday, November 02, 2007 5:58 PM

**To:**       'James S Green'; Preston, Thomas; Kevin Guerke

**Cc:**        Salad Robert E.; Kelley Erika-Leigh

**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Gentlemen - I am sorry for this P.S., but I just re-read your e-mail and note an important erronous fact. During my 11/1 t/c with Kevin Guerke I certainly informed Kevin that Kevin Thornton was sick and that this case was assigned to me because of that illness. I also told him that although I did not know the exact nature of the illness (and still don't know due to some sensitivities regarding same) I understood then and I understand now that his illness is serious and debilitating. I am sorry if (your) Kevin did not communicate this information to you but since Thursday morning it has certainly been discussed.

**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

-----Original Message-----
**From:** James S Green [mailto:jgreen@svglaw.com]
**Sent:** Friday, November 02, 2007 4:48 PM
**To:** Preston, Thomas; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Tom, please forgive my "gotcha school" letter. I did call you and got your voicemail, and did not want to delay getting our position to you, and Mr. Scherzer. Mr. Scherzer never told us that Kevin Thornton was sick, he simply said that the case was just assigned to him yesterday. Kevin Guerke politely told Mr.

11/15/2007

Schertzer that we could not provide any more courtesies with regard to discovery extensions etc. Today when you and Mr. Scherzer called Kevin the message you left never intimated that Mr. Thornton had suffered any kind of medical emergency. He simply announced that Cox would not show up and he was not taking Lynch's deposition. With all due respect, I do not see why you could not defend Mr. Cox at his deposition, and I won't try to flatter you by stating that you are one of the premier litigators around, and probably could do it blindfolded. The real issue here is that your clients have been stringing us along since this case was filed. I hasten to point out that between Blank Rome and Cooper Levinson there are probably more than 500 lawyers, while Kevin has pretty much handled this case on his own and has been able to get discovery done and meet appropriate deadlines.


James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
e-mail: jgreen@svglaw.com
tel: (302) 888-0600
direct: (302) 888-7603
fax: (302) 888-0606
------------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.


-----Original Message-----
**From:** Clark, Patti [mailto:Clark-pa@BlankRome.com] **On Behalf Of** Preston, Thomas
**Sent:** Friday, November 02, 2007 4:05 PM
**To:** James S Green; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Please see Tom Preston's letter (attached) in response to today's earlier correspondence.


Patti


**Patti F. Clark | Legal Secretary to Thomas P. Preston, David K. Sheppard and Christine S. Azar|**
**Blank Rome LLP**
Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington, DE 19801
Phone: 302.425.6400, Ext. 4535 | Fax: 425.6464 | Email: clark-pa@blankrome.com


••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is**

**prohibited and may be unlawful.**

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Any Federal tax advice contained herein is not intended or written to be used, and
cannot be used by you or any other person, for the purpose of avoiding any
penalties that may be imposed by the Internal Revenue Code. This disclosure is
made in accordance with the rules of Treasury Department Circular 230 governing
standards of practice before the Internal Revenue Service. Any written statement
contained herein relating to any Federal tax transaction or matter may not be used
by any person without the express prior written permission in each instance of a
partner of this firm to support the promotion or marketing of or to recommend any
Federal tax transaction(s) or matter(s) addressed herein.

*************************************************************************

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

EXHIBIT C

**Scherzer Steven D.**

**From:** Scherzer Steven D.
**Sent:** Monday, November 05, 2007 9:55 AM
**To:** 'Kevin Guerke'
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Kevin - one need not arrive at a point of labeling our exchange as mutual accusations of who was "lying" to whom. Its unnecessary in this instance - especially given the fact that you and I don't know each other and are at the very beginning of a professional relationship. There is enough bad blood between our clients - it need not extend to counsel. Our t/c on Thursday could not have been more cordial. I am comfortable placing this t/c in a catagory that at times when engages in a conversation out of the blue (such as ours on Thursday) things can be said but not heard and remembered. I am perfectly willing to simply move forward based upon a belief that, in perfect good faith, you did not hear or remember anything about Kevin's health.

**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

-----Original Message-----
**From:** Kevin Guerke [mailto:kguerke@svglaw.com]
**Sent:** Monday, November 05, 2007 9:34 AM
**To:** Scherzer Steven D.
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

I am not called a liar every day, so it's a big deal to me. Regardless, we'll have to deal with the situation going forward.

Kevin A. Guerke
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: kguerke@svglaw.com
tel: (302) 888-7607
fax: (302) 888-0606

---

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.

-----Original Message-----
**From:** Scherzer Steven D. [mailto:sscherzer@cooperlevenson.com]
**Sent:** Monday, November 05, 2007 9:07 AM
**To:** Kevin Guerke
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Kevin - I am writing only to you and I am not sending copies to anyone else. I absolutely did tell you that Kevin was sick and that this file was being reassigned to me on an emergent basis. I still don't know the nature of his illness - other than it is serious. I also question why this firm has surrounded this event in secrecy. I can only speculate.

But anyway, while you may not have remembered that part of our t/c and while it really doesn't matter (nothing really happened between our t/c on Thursday and the exchange of e-mails on Friday), and strictly "for the record," I absolutely recall that at the very beginning of our t/c I advised you of Kevin's illness - you inquired as to the nature of that illness - and told you that I didn't know. To the extent that you forgot that portion of our discussion - at least from my perspective, its no big deal.

**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

-----Original Message-----
**From:** Kevin Guerke [mailto:kguerke@svglaw.com]
**Sent:** Monday, November 05, 2007 7:58 AM
**To:** Scherzer Steven D.; James S Green; Preston, Thomas
**Cc:** Salad Robert E.; Kelley Erika-Leigh
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Steve,

You did not tell me Kevin was ill. When I asked, you specifically told me you did not know why you got the file. You even stated that you did not know whether it was a workload issue or whether he was even with the firm, which I thought was odd since he is your partner. In any event, your implication that Jim and I are unreasonable and not sympathetic is misplaced.

Kevin

Kevin A. Guerke
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: kguerke@svglaw.com
tel: (302) 888-7607
fax: (302) 888-0606

---

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.

-----Original Message-----
**From:** Scherzer Steven D. [mailto:sscherzer@cooperlevenson.com]
**Sent:** Friday, November 02, 2007 5:58 PM
**To:** James S Green; Preston, Thomas; Kevin Guerke
**Cc:** Salad Robert E.; Kelley Erika-Leigh
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Gentlemen - I am sorry for this P.S., but I just re-read your e-mail and note an important erronous fact. During my 11/1 t/c with Kevin Guerke I certainly informed Kevin that Kevin Thornton was sick and that this case was assigned to me because of that illness. I also told him that although I did not know the exact nature of the illness (and still don't know due to some sensitivities regarding same) I understood then and I understand now that his illness is serious and debilitating. I am sorry if (your) Kevin did not communicate this information to you but since Thursday morning it has certainly been discussed.

**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

-----Original Message-----
**From:** James S Green [mailto:jgreen@svglaw.com]
**Sent:** Friday, November 02, 2007 4:48 PM
**To:** Preston, Thomas; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Tom, please forgive my "gotcha school" letter. I did call you and got your
voicemail, and did not want to delay getting our position to you, and Mr.
Scherzer. Mr. Scherzer never told us that Kevin Thornton was sick, he simply
said that the case was just assigned to him yesterday. Kevin Guerke politely
told Mr. Schertzer that we could not provide any more courtesies with regard to
discovery extensions etc. Today when you and Mr. Scherzer called Kevin the
message you left never intimated that Mr. Thornton had suffered any kind of
medical emergency. He simply announced that Cox would not show up and he
was not taking Lynch's deposition. With all due respect, I do not see why you
could not defend Mr. Cox at his deposition, and I won't try to flatter you by
stating that you are one of the premier litigators around, and probably could do
it blindfolded. The real issue here is that your clients have been stringing us
along since this case was filed. I hasten to point out that between Blank Rome
and Cooper Levenson there are probably more than 500 lawyers, while Kevin
has pretty much handled this case on his own and has been able to get
discovery done and meet appropriate deadlines.

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
e-mail:  jgreen@svglaw.com
tel:  (302) 888-0600
direct:  (302) 888-7603
fax:  (302) 888-0606
----------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green,
P.A. and any attachments are confidential and intended only for the named
recipient(s).  If you have received this message in error, you are prohibited from
copying, distributing or using the information.  Please contact the sender
immediately by return e-mail and delete the original message.  Thank you.

-----Original Message-----
**From:** Clark, Patti [mailto:Clark-pa@BlankRome.com] **On Behalf Of**
**Preston, Thomas**
**Sent:** Friday, November 02, 2007 4:05 PM
**To:** James S Green; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Please see Tom Preston's letter (attached) in response to
today's earlier correspondence.

Patti

**Patti F. Clark | Legal Secretary to Thomas P. Preston, David**
**K. Sheppard and Christine S. Azar|**
**Blank Rome LLP**
Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington,
DE 19801
Phone: 302.425.6400, Ext. 4535 | Fax: 425.6464 | Email: clark-
pa@blankrome.com


••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**This message and any attachments may contain confidential or privileged**
**information and are only for the use of the intended recipient of this**
**message.  If you are not the intended recipient, please notify the sender by**
**return email, and delete or destroy this and all copies of this message**
**and all attachments.  Any unauthorized disclosure, use, distribution, or**
**reproduction of this message or any attachments is prohibited and may be**
**unlawful.**

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Any Federal tax advice contained herein is not intended or

written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

********************************************************************

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

## Scherzer Steven D.

**From:**    Kevin Guerke [kguerke@svglaw.com]

**Sent:**    Monday, November 05, 2007 9:34 AM

**To:**      Scherzer Steven D.

**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

I am not called a liar every day, so it's a big deal to me. Regardless, we'll have to deal with the situation going forward.


Kevin A. Guerke
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: kguerke@svglaw.com
tel: (302) 888-7607
fax: (302) 888-0606
------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.


-----Original Message-----
**From:** Scherzer Steven D. [mailto:sscherzer@cooperlevenson.com]
**Sent:** Monday, November 05, 2007 9:07 AM
**To:** Kevin Guerke
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Kevin - I am writing only to you and I am not sending copies to anyone else. I absolutely did tell you that Kevin was sick and that this file was being reassigned to me on an emergent basis. I still don't know the nature of his illness - other than it is serious. I also question why this firm has surrounded this event in secrecy. I can only speculate.

But anyway, while you may not have remembered that part of our t/c and while it really doesn't matter (nothing really happened between our t/c on Thursday and the exchange of e-mails on Friday), and strictly "for the record," I absolutely recall that at the very beginning of our t/c I advised you of Kevin's illness - you inquired as to the nature of that illness - and told you that I didn't know. To the extent that you forgot that portion of our discussion - at least from my perspective, its no big deal.


**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com


11/15/2007

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

[illegible faded paragraph]

[illegible faded paragraph]

-----Original Message-----
**From:** Kevin Guerke [mailto:kguerke@svglaw.com]
**Sent:** Monday, November 05, 2007 7:58 AM
**To:** Scherzer Steven D.; James S Green; Preston, Thomas
**Cc:** Salad Robert E.; Kelley Erika-Leigh
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Steve,

    You did not tell me Kevin was ill. When I asked, you specifically told me you did not know why
you got the file. You even stated that you did not know whether it was a workload issue or whether
he was even with the firm, which I thought was odd since he is your partner. In any event, your
implication that Jim and I are unreasonable and not sympathetic is misplaced.

Kevin


Kevin A. Guerke
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
e-mail:  kguerke@svglaw.com
tel: (302) 888-7607
fax: (302) 888-0606
------------------------------------------------------------
The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any
attachments are confidential and intended only for the named recipient(s).  If you have received this
message in error, you are prohibited from copying, distributing or using the information.  Please
contact the sender immediately by return e-mail and delete the original message.  Thank you.


-----Original Message-----
**From:** Scherzer Steven D. [mailto:sscherzer@cooperlevenson.com]
**Sent:** Friday, November 02, 2007 5:58 PM
**To:** James S Green; Preston, Thomas; Kevin Guerke
**Cc:** Salad Robert E.; Kelley Erika-Leigh

**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Gentlemen - I am sorry for this P.S., but I just re-read your e-mail and note an important erronous fact. During my 11/1 t/c with Kevin Guerke I certainly informed Kevin that Kevin Thornton was sick and that this case was assigned to me because of that illness. I also told him that although I did not know the exact nature of the illness (and still don't know due to some sensitivities regarding same) I understood then and I understand now that his illness is serious and debilitating. I am sorry if (your) Kevin did not communicate this information to you but since Thursday morning it has certainly been discussed.

**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

*[illegible fine print]*

*[illegible fine print]*

-----Original Message-----
**From:** James S Green [mailto:jgreen@svglaw.com]
**Sent:** Friday, November 02, 2007 4:48 PM
**To:** Preston, Thomas; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Tom, please forgive my "gotcha school" letter. I did call you and got your voicemail, and did not want to delay getting our position to you, and Mr. Scherzer. Mr. Scherzer never told us that Kevin Thornton was sick, he simply said that the case was just assigned to him yesterday. Kevin Guerke politely told Mr. Schertzer that we could not provide any more courtesies with regard to discovery extensions etc. Today when you and Mr. Scherzer called Kevin the message you left never intimated that Mr. Thornton had suffered any kind of medical emergency. He simply announced that Cox would not show up and he was not taking Lynch's deposition. With all due respect, I do not see why you could not defend Mr. Cox at his deposition, and I won't try to flatter you by stating that you are one of the premier litigators around, and probably could do it

blindfolded. The real issue here is that your clients have been stringing us along since this case was filed. I hasten to point out that between Blank Rome and Cooper Levinson there are probably more than 500 lawyers, while Kevin has pretty much handled this case on his own and has been able to get discovery done and meet appropriate deadlines.

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: jgreen@svglaw.com
tel: (302) 888-0600
direct: (302) 888-7603
fax: (302) 888-0606
------------------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.

-----Original Message-----
**From:** Clark, Patti [mailto:Clark-pa@BlankRome.com] **On Behalf Of** Preston, Thomas
**Sent:** Friday, November 02, 2007 4:05 PM
**To:** James S Green; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Please see Tom Preston's letter (attached) in response to today's earlier correspondence.


Patti


**Patti F. Clark | Legal Secretary to Thomas P. Preston, David K. Sheppard and Christine S. Azar|**
**Blank Rome LLP**
Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington, DE 19801
Phone: 302.425.6400, Ext. 4535 | Fax: 425.6464 | Email: clark-pa@blankrome.com



...................................................................................................................................................

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any

unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

## Scherzer Steven D.

**From:**     Scherzer Steven D.

**Sent:**     Monday, November 05, 2007 9:07 AM

**To:**     'Kevin Guerke'

**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Kevin - I am writing only to you and I am not sending copies to anyone else.   I absolutely did tell you that Kevin was sick and that this file was being reassigned to me on an emergent basis.  I still don't know the nature of his illness - other than it is serious.  I also question why this firm has surrounded this event in secrecy. I can only speculate.

But anyway, while you may not have remembered that part of our t/c while it really doesn't matter (nothing really happened between our t/c on Thursday and the exchange of e-mails on Friday), and strictly "for the record," I absolutely recall that at the very beginning of our t/c I advised you of Kevin's illness - you inquired as to the nature of that illness - and told you that I didn't know.  To the extent that you forgot that portion of our discussion - at least from my perspective, its no big deal.

**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

-----Original Message-----
**From:** Kevin Guerke [mailto:kguerke@svglaw.com]
**Sent:** Monday, November 05, 2007 7:58 AM
**To:** Scherzer Steven D.; James S Green; Preston, Thomas
**Cc:** Salad Robert E.; Kelley Erika-Leigh
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Steve,

You did not tell me Kevin was ill. When I asked, you specifically told me you did not know why you got the file. You even stated that you did not know whether it was a workload issue or whether he was even with the firm, which I thought was odd since he is your partner. In any event, your implication that Jim and I are unreasonable and not sympathetic is misplaced.

Kevin

Kevin A. Guerke
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
e-mail:  kguerke@svglaw.com
tel: (302) 888-7607
fax: (302) 888-0606
------------------------------------------------------------
The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s).  If you have received this message in error, you are prohibited from copying, distributing or using the information.  Please contact the sender immediately by return e-mail and delete the original message.  Thank you.

-----Original Message-----
**From:** Scherzer Steven D. [mailto:sscherzer@cooperlevenson.com]
**Sent:** Friday, November 02, 2007 5:58 PM
**To:** James S Green; Preston, Thomas; Kevin Guerke
**Cc:** Salad Robert E.; Kelley Erika-Leigh
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Gentlemen - I am sorry for this P.S., but I just re-read your e-mail and note an important erronous fact.  During my 11/1 t/c with Kevin Guerke I certainly informed Kevin that Kevin Thornton was sick and that this case was assigned to me because of that illness.  I also told him that although I did not know the exact nature of the illness (and still don't know due to some sensitivities regarding same) I understood then and I understand now that his illness is serious and debilitating.  I am sorry if (your) Kevin did not communicate this information to you but since Thursday morning it has certainly been discussed.

**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401
Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear. DE / Las Vegas, NV

11/15/2007

-----Original Message-----
**From:** James S Green [mailto:jgreen@svglaw.com]
**Sent:** Friday, November 02, 2007 4:48 PM
**To:** Preston, Thomas; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Tom, please forgive my "gotcha school" letter. I did call you and got your voicemail, and did not want to delay getting our position to you, and Mr. Scherzer. Mr. Scherzer never told us that Kevin Thornton was sick, he simply said that the case was just assigned to him yesterday. Kevin Guerke politely told Mr. Schertzer that we could not provide any more courtesies with regard to discovery extensions etc. Today when you and Mr. Scherzer called Kevin the message you left never intimated that Mr. Thornton had suffered any kind of medical emergency. He simply announced that Cox would not show up and he was not taking Lynch's deposition. With all due respect, I do not see why you could not defend Mr. Cox at his deposition, and I won't try to flatter you by stating that you are one of the premier litigators around, and probably could do it blindfolded. The real issue here is that your clients have been stringing us along since this case was filed. I hasten to point out that between Blank Rome and Cooper Levinson there are probably more than 500 lawyers, while Kevin has pretty much handled this case on his own and has been able to get discovery done and meet appropriate deadlines.


James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: jgreen@svglaw.com
tel: (302) 888-0600
direct: (302) 888-7603
fax: (302) 888-0606
----------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.


-----Original Message-----
**From:** Clark, Patti [mailto:Clark-pa@BlankRome.com] **On Behalf Of** Preston, Thomas

**Sent:** Friday, November 02, 2007 4:05 PM
**To:** James S Green; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Please see Tom Preston's letter (attached) in response to today's earlier correspondence.


Patti


**Patti F. Clark | Legal Secretary to Thomas P. Preston, David
K. Sheppard and Christine S. Azar|
Blank Rome LLP**
Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington, DE 19801
Phone: 302.425.6400, Ext. 4535 | Fax: 425.6464 | Email: clark-pa@blankrome.com

This message and any attachments may contain confidential or privileged information
and are only for the use of the intended recipient of this message. If you are not the
intended recipient, please notify the sender by return email, and delete or destroy this and
all copies of this message and all attachments. Any unauthorized disclosure, use,
distribution, or reproduction of this message or any attachments is prohibited and may be
unlawful.

Any Federal tax advice contained herein is not intended or written to be
used, and cannot be used by you or any other person, for the purpose
of avoiding any penalties that may be imposed by the Internal Revenue
Code. This disclosure is made in accordance with the rules of Treasury
Department Circular 230 governing standards of practice before the
Internal Revenue Service. Any written statement contained herein
relating to any Federal tax transaction or matter may not be used by any
person without the express prior written permission in each instance of
a partner of this firm to support the promotion or marketing of or to
recommend any Federal tax transaction(s) or matter(s) addressed
herein.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

## Scherzer Steven D.

**From:**   Kevin Guerke [kguerke@svglaw.com]

**Sent:**   Monday, November 05, 2007 7:58 AM

**To:**   Scherzer Steven D.; James S Green; Preston, Thomas

**Cc:**   Salad Robert E.; Kelley Erika-Leigh

**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Steve,

You did not tell me Kevin was ill. When I asked, you specifically told me you did not know why you got the file. You even stated that you did not know whether it was a workload issue or whether he was even with the firm, which I thought was odd since he is your partner. In any event, your implication that Jim and I are unreasonable and not sympathetic is misplaced.

Kevin

Kevin A. Guerke
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: kguerke@svglaw.com
tel: (302) 888-7607
fax: (302) 888-0606
--------------------------------------------------------------
The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.

-----Original Message-----
**From:** Scherzer Steven D. [mailto:sscherzer@cooperlevenson.com]
**Sent:** Friday, November 02, 2007 5:58 PM
**To:** James S Green; Preston, Thomas; Kevin Guerke
**Cc:** Salad Robert E.; Kelley Erika-Leigh
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Gentlemen - I am sorry for this P.S., but I just re-read your e-mail and note an important erronous fact. During my 11/1 t/c with Kevin Guerke I certainly informed Kevin that Kevin Thornton was sick and that this case was assigned to me because of that illness. I also told him that although I did not know the exact nature of the illness (and still don't know due to some sensitivities regarding same) I understood then and I understand now that his illness is serious and debilitating. I am sorry if (your) Kevin did not communicate this information to you but since Thursday morning it has certainly been discussed.

**Steven D. Scherzer, Esquire**
**Cooper Levenson,** Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401

11/15/2007

Direct Dial: (609) 572-7534
Direct Fax: (609) 572-7535
E-Mail: sscherzer@cooperlevenson.com
URL: http://www.cooperlevenson.com

**Cooper Levenson April Niedelman & Wagenheim, P.A.**
Atlantic City / Cherry Hill / Newark / Princeton / Sea Isle City / Trenton / Harrisburg, PA / Bear, DE / Las Vegas, NV

-----Original Message-----
**From:** James S Green [mailto:jgreen@svglaw.com]
**Sent:** Friday, November 02, 2007 4:48 PM
**To:** Preston, Thomas; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Tom, please forgive my "gotcha school" letter. I did call you and got your voicemail, and did not
want to delay getting our position to you, and Mr. Scherzer. Mr. Scherzer never told us that Kevin
Thornton was sick, he simply said that the case was just assigned to him yesterday. Kevin Guerke
politely told Mr. Schertzer that we could not provide any more courtesies with regard to discovery
extensions etc. Today when you and Mr. Scherzer called Kevin the message you left never
intimated that Mr. Thornton had suffered any kind of medical emergency. He simply announced that
Cox would not show up and he was not taking Lynch's deposition. With all due respect, I do not see
why you could not defend Mr. Cox at his deposition, and I won't try to flatter you by stating that you
are one of the premier litigators around, and probably could do it blindfolded. The real issue here is
that your clients have been stringing us along since this case was filed. I hasten to point out that
between Blank Rome and Cooper Levinson there are probably more than 500 lawyers, while Kevin
has pretty much handled this case on his own and has been able to get discovery done and meet
appropriate deadlines.


James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
e-mail:  jgreen@svglaw.com
tel:  (302) 888-0600
direct:  (302) 888-7603
fax:  (302) 888-0606
------------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any

attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.

-----Original Message-----
**From:** Clark, Patti [mailto:Clark-pa@BlankRome.com] **On Behalf Of** Preston, Thomas
**Sent:** Friday, November 02, 2007 4:05 PM
**To:** James S Green; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Please see Tom Preston's letter (attached) in response to today's earlier correspondence.


Patti


**Patti F. Clark | Legal Secretary to Thomas P. Preston, David K. Sheppard and Christine S. Azar|**
**Blank Rome LLP**
Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington, DE 19801
Phone: 302.425.6400, Ext. 4535 | Fax: 425.6464 | Email: clark-pa@blankrome.com

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

*************************************************************************


This email has been scanned by the MessageLabs Email Security System.

11/15/2007

Message

For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

11/15/2007

## Scherzer Steven D.

**From:**     James S Green [jgreen@svglaw.com]

**Sent:**     Friday, November 02, 2007 4:48 PM

**To:**     Preston, Thomas; Kevin Guerke

**Cc:**     Scherzer Steven D.

**Subject:** RE: Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Tom, please forgive my "gotcha school" letter. I did call you and got your voicemail, and did not want to delay getting our position to you, and Mr. Scherzer. Mr. Scherzer never told us that Kevin Thornton was sick, he simply said that the case was just assigned to him yesterday. Kevin Guerke politely told Mr. Schertzer that we could not provide any more courtesies with regard to discovery extensions etc. Today when you and Mr. Scherzer called Kevin the message you left never intimated that Mr. Thornton had suffered any kind of medical emergency. He simply announced that Cox would not show up and he was not taking Lynch's deposition. With all due respect, I do not see why you could not defend Mr. Cox at his deposition, and I won't try to flatter you by stating that you are one of the premier litigators around, and probably could do it blindfolded. The real issue here is that your clients have been stringing us along since this case was filed. I hasten to point out that between Blank Rome and Cooper Levinson there are probably more than 500 lawyers, while Kevin has pretty much handled this case on his own and has been able to get discovery done and meet appropriate deadlines.

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
e-mail: jgreen@svglaw.com
tel: (302) 888-0600
direct: (302) 888-7603
fax: (302) 888-0606
-----------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.

-----Original Message-----
**From:** Clark, Patti [mailto:Clark-pa@BlankRome.com] **On Behalf Of** Preston, Thomas
**Sent:** Friday, November 02, 2007 4:05 PM
**To:** James S Green; Kevin Guerke
**Cc:** Scherzer Steven D.
**Subject:** Lynch v. Coinmaster USA, Inc., et al., C.A. No. 06-365 JJF

Please see Tom Preston's letter (attached) in response to today's earlier correspondence.


Patti


**Patti F. Clark | Legal Secretary to Thomas P. Preston, David K. Sheppard and Christine S. Azar|
Blank Rome LLP**


11/15/2007

Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington, DE 19801
Phone: 302.425.6400, Ext. 4535 | Fax: 425.6464 | Email: clark-pa@blankrome.com

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

This message and any attachments may contain confidential or privileged information and are only for the use
of the intended recipient of this message. If you are not the intended recipient, please notify the sender by
return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized
disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be
unlawful.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Any Federal tax advice contained herein is not intended or written to be used, and cannot
be used by you or any other person, for the purpose of avoiding any penalties that may
be imposed by the Internal Revenue Code. This disclosure is made in accordance with
the rules of Treasury Department Circular 230 governing standards of practice before the
Internal Revenue Service. Any written statement contained herein relating to any Federal
tax transaction or matter may not be used by any person without the express prior written
permission in each instance of a partner of this firm to support the promotion or
marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed
herein.

*****************************************************************************

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

11/15/2007

# EXHIBIT D



**COOPER LEVENSON**
ATTORNEYS AT LAW
1957 ━━━ *50 Years* ━━━ 2007

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone 609-344-3161
Toll Free 800-529-3161
Fax 609-344-0939
www.cooperlevenson.com
Direct Phone (609) 572-7534
Direct Fax (609) 572-7535

FILE NO.: 50675-1

STEVEN D. SCHERZER
EMAIL: sscherzer@cooperlevenson.com

November 14, 2007

<u>VIA UPS OVERNIGHT</u>

James S. Green, Sr., Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

      Re:   Daniel Anthony Lynch v. Coinmaster USA, Inc. and Paul A. Cox v. Auto Gaming, Inc.
             U.S. District Court of Delaware, C.A. No. 06-365 JJF

Dear Jim:

      I was surprised to have seen that you propounded a motion on Friday, November 9, 2007. Specifically, when you and I, together with Tom Preston, Esquire and Kevin Guerke, Esquire, were attempting to schedule and reschedule the depositions that had previously been targeted for November 8, 2007 and November 9, 2007, I had assumed (albeit incorrectly) that, given the circumstances whereby this matter had been assigned to me, you were no longer insisting that the documents and interrogatory answers be submitted to you forthwith. Specifically, given the fact that Kevin Thornton, Esquire was on an "extended sabbatical" with this law firm, which illness necessitates rescheduling of depositions from November 8/9 until November 26/27, I had thought that you needed these interrogatory answers and documents several days prior to those rescheduled depositions – sometime during the week of November 19, 2007. To the extent that you continued to insist upon this discovery, I would have appreciated a phone call or an email or a writing, and we would have taken prompt action to ensure that you either receive the materials forthwith or agree upon a revised target date.

      Nevertheless, we have been working toward that goal. I note, in that regard, that answers to interrogatories and copies of extensive documents were sent to you on May 7, 2007. I am now sending to you answers to your second set of interrogatories along with another extensive production of documents.

      I am assuming that you will now be withdrawing your motion. If you do not, in fact, withdraw the motion, we will, of course, submit verifications in opposition. Without attempting to sound bellicose or acrimonious, I intend to explain to the Court the nature of Kevin Thornton's absence, our request for reasonable extensions, and your responses – all of which could be interrupted by the Court

**COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.**

James S. Green, Sr., Esquire
November 14, 2007
Page 2

as a lack of professional courtesy. I am, of course, reluctant to do so in that it has always been my experience that the interjection of these types of issues into a hotly contested litigation process often creates further impediments and problems. I would suspect that a Federal District Court Judge would greatly prefer not having to deal with issues concerning a party's failure to answer interrogatories and responses to production of documents when depositions have been postponed as a direct result of a lawyer's illness. Please let me know virtually immediately as to your decision concerning the withdrawal of this motion.

I am assuming that we are now scheduled to take the depositions of the principals on November 26, 2007 and November 27, 2007. Mr. Cox has made arrangements to fly into this area the days preceding that deposition. I am assuming that the depositions of both principals can take place on two consecutive days in your offices. Is that correct? Would you kindly arrange for the stenographer for both dates so as to ensure continuity? Please confirm.

Very truly yours,

STEVEN D. SCHERZER

SDS/amp
Enclosure
cc:     Robert E. Salad, Esquire
        Thomas P. Preston, Esquire (w/ encl., via ups overnight)
        Erika-Leigh Kelley, Esquire
        Mr. Paul A. Cox

P.S. I am now reviewing a local court rule which seems to indicate that depositions are to be automatically adjourned during the pendency of discovery motions.
CLAC; 163968.1

# EXHIBIT E

**Scherzer Steven D.**

**From:** James S Green [jgreen@svglaw.com]

**Sent:** Wednesday, November 14, 2007 5:12 PM

**To:** Scherzer Steven D.

**Cc:** Preston, Thomas; Kevin Guerke

**Subject:** Lynch v. Cox

Steve: you wanted to know "virtually immediately" if we would withdraw Plaintiff's Motion to Compel. I hope this is quick enough, as I just received your letter. The answer is NO. I will address the many inaccuracies in your letter as soon as I have an opportunity.

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: jgreen@svglaw.com
tel: (302) 888-0600
direct: (302) 888-7603
fax: (302) 888-0606
--------------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

# EXHIBIT F

**Scherzer Steven D.**

**From:**     Scherzer Steven D.

**Sent:**     Thursday, November 15, 2007 9:11 AM

**To:**     'James S Green'

**Cc:**     Preston, Thomas; Kevin Guerke; Kelley Erika-Leigh

**Subject:** RE: Lynch v. Cox

Good morning Jim.   Thank you for your most prompt response. I must share with you that I just don't get it.   I don't get why, under these circumstances (concerning Kevin's illness and our need to come up to speed) that you have taken these positions.   Without attempting to posture or bait, perhaps you can enlighten me.   Is it:

1. The clients just hate eachother so much that no one is prepared to offer any quarter even when an attorney is placed on the D.L.?  or,
2. Something happened between you and Kevin Thorton that just poisoned the well?  or,
3. Something happened between me and you and/or me and Kevin Guerke?
4. Something to do with Tom Preston?
5. You believe that any delay would prejudice your client's substantive rights?
6. This is the culture in the Wilmington area?
7. This is your law firm's policy?

I simply don't understand why you fellows would propound this motion and then refuse to withdraw when responsive interrogatory answers and a foot of documents are in transit?

**From:** James S Green [mailto:jgreen@svglaw.com]
**Sent:** Wednesday, November 14, 2007 5:12 PM
**To:** Scherzer Steven D.
**Cc:** Preston, Thomas; Kevin Guerke
**Subject:** Lynch v. Cox

Steve: you wanted to know "virtually immediately" if we would withdraw Plaintiff's Motion to Compel. I hope this is quick enough, as I just received your letter.  The answer is NO.  I will address the many inaccuracies in your letter as soon as I have an opportunity.

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
e-mail:  jgreen@svglaw.com
tel:  (302) 888-0600
direct:  (302) 888-7603
fax:  (302) 888-0606
------------------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s).  If you have received this message in error, you are prohibited from copying, distributing or using the information.  Please contact the sender immediately by return e-mail and delete the original message.  Thank you.

11/16/2007

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

# EXHIBIT G

## Pantaleo Andrea M.

| | |
|---|---|
| **From:** | Preston, Thomas [Preston-t@BlankRome.com] |
| **Sent:** | Friday, November 16, 2007 2:46 PM |
| **To:** | Scherzer Steven D.; Kevin Guerke; James S Green |
| **Cc:** | Kelley Erika-Leigh; Salad Robert E.; Pantaleo Andrea M. |

**Subject:** RE: Lynch v. Cox

Steve and Kevin,

I think we are really making progress. I am confirmed for the 26th and 27th, and I join in the motion to extend the time for dispositive motions.

Tom

**Thomas P. Preston | Blank Rome LLP**
Chase Manhattan Centre 1201 Market Street Suite 800 | Wilmington, DE 19801
Phone: 302.425.6478 | Fax: 302.425.6464 | Email: Preston-T@BlankRome.com

---

**From:** Scherzer Steven D. [mailto:sscherzer@cooperlevenson.com]
**Sent:** Friday, November 16, 2007 2:41 PM
**To:** Kevin Guerke; James S Green
**Cc:** Preston, Thomas; Kelley Erika-Leigh; Salad Robert E.; Pantaleo Andrea M.
**Subject:** RE: Lynch v. Cox

1. Earlier in the day I discovered that I had sent to you fellows copies of YOUR answers to OUR interrogatories. Sorry. I am sending to you now (as in the next 10 minutes) uncertified answers with a cover letter. You will see from the letter that our clients has verbally signed off on the answers - we expect to receive his certification by Monday. We are doing our very best.

2. Now that I have read your motion, I understand that there is an issue regarding the privilege log. If you are correct, as per your submission, then defendant should be sending those documents as well. I hope that I would have the opportunity to check through that process by locating each of the documents now in issue.

3. I sent to you all of the documents that our client just sent to us. I also sent to you, via disk, another set of the docs that were supplied last spring - but this time with Bate stamped numbers for your ease in review and assemblage. We trying.

4. I dictated a certification in opposition to your motion. That certification is due on MOnday. I would prefer not filing but will await your response.

5. Are we confirmed for Monday the 26th and Tuesday the 27th? I needed to move a bunch of stuff around to make that happen — but when we discussed a postponement from the 8th and the 9th, I promised you guys that deps would occur in Nov and I am trying to make that happen.

6. I will not oppose (in fact I will join) your motion to extend

---

**From:** Kevin Guerke [mailto:kguerke@svglaw.com]

11/16/2007

**Sent:** Friday, November 16, 2007 2:30 PM
**To:** Scherzer Steven D.; James S Green
**Cc:** Preston, Thomas; Kelley Erika-Leigh
**Subject:** RE: Lynch v. Cox

Tom and Steve,

I received documents today from Cooper Levenson. I understand more are on the way. We did not receive answers to interrogatories or any other responses. If the documents are responsive and we receive answers to all outstanding interrogatories, we will withdraw the motion. However, we intend to pursue an extension of the case dispositive motions deadline.

Kevin


Kevin A. Guerke
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
e-mail: kguerke@svglaw.com
tel: (302) 888-7607
fax: (302) 888-0606
-----------------------------------------------
The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message. Thank you.


-----Original Message-----
**From:** Scherzer Steven D. [mailto:sscherzer@cooperlevenson.com]
**Sent:** Thursday, November 15, 2007 9:11 AM
**To:** James S Green
**Cc:** Preston, Thomas; Kevin Guerke; Kelley Erika-Leigh
**Subject:** RE: Lynch v. Cox

Good morning Jim. Thank you for your most prompt response. I must share with you that I just don't get it. I don't get why, under these circumstances (concerning Kevin's illness and our need to come up to speed) that you have taken these positions. Without attempting to posture or bait, perhaps you can enlighten me. Is it:

1. The clients just hate eachother so much that no one is prepared to offer any quarter even when an attorney is placed on the D.L.? or,
2. Something happened between you and Kevin Thorton that just poisoned the well? or,
3. Something happened between me and you and/or me and Kevin Guerke?
4. Something to do with Tom Preston?
5. You believe that any delay would prejudice your client's substantive rights?
6. This is the culture in the Wilmington area?
7. This is your law firm's policy?

I simply don't understand why you fellows would propound this motion and then refuse to withdraw when responsive interrogatory answers and a foot of documents are in transit?

-----------------------------------------------
**From:** James S Green [mailto:jgreen@svglaw.com]
**Sent:** Wednesday, November 14, 2007 5:12 PM

**To:** Scherzer Steven D.
**Cc:** Preston, Thomas; Kevin Guerke
**Subject:** Lynch v. Cox

Steve: you wanted to know "virtually immediately" if we would withdraw Plaintiff's Motion to Compel. I hope this is quick enough, as I just received your letter. The answer is NO. I will address the many inaccuracies in your letter as soon as I have an opportunity.

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
e-mail:  jgreen@svglaw.com
tel:  (302) 888-0600
direct:  (302) 888-7603
fax:  (302) 888-0606
--------------------------------------------------------------------

The information contained in this message from Seitz, Van Ogtrop & Green, P.A. and any attachments are confidential and intended only for the named recipient(s).  If you have received this message in error, you are prohibited from copying, distributing or using the information.  Please contact the sender immediately by return e-mail and delete the original message.  Thank you.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

11/16/2007