IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-365 JJF |
| ) | |
| COINMASTER USA, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| PAUL A. COX, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AUTO GAMING, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

## NOTICE OF SERVICE

I, Erin K. Brignola, Esquire, do hereby certify that on this 20th day of November, 2007, I served a copy of the Response to Daniel Anthony Lynch and Auto Gaming Inc.'s Motion to Compel via first class mail, postage prepaid upon the following counsel of record.

| | |
|---|---|
| Tomas P. Preston, Esquire | Kevin A. Guerke, Esquire |
| Blamk Rome LLP | 222 Delaware Avenue |
| Chase Manhattan Centre, Suite 800 | P.O. Box 68 |
| 1201 Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | |

**Cooper Levenson April Niedelman & Wagenheim, P.A.**

/s/ Erin K. Brignola
Erin K. Brignola, Esquire (2723)
30 Fox Hunt Drive
Bear, De 19701
(302) 838-2600
*Attorneys for Defendant/Counterclaim Plaintiff*
*And Third Party Plaintiff*

Dated: November 19, 2007