IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH,<br><br>        Plaintiff,<br><br>        v.<br><br>COINMASTER USA, INC., a Delaware corporation, and PAUL A. COX,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-365<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 20th day of November, 2007, a copy of **RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS** was served on the following counsel of record:

### BY HAND

James S. Green, Esquire
Kevin A. Guerke, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

AND

### BY ELECTRONIC SERVICE

Erin K. Brignola, Esquire
Cooper Levenson April Niedelman &
  Niedelman & Wagenheim, P.A.
30 Fox Hunt Drive
Bear, DE 19701

<u>**BY FEDERAL EXPRESS**</u>

Steven D. Scherzer, Esquire
Cooper Levenson, Attorneys at Law
1125 Atlantic Avenue
Atlantic City, NJ 08401

BLANK ROME LLP

*/s/ Thomas P. Preston*
Thomas P. Preston (I.D. No. 2548)
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
Attorneys for Defendant Coinmaster USA, Inc.

Dated:   November 20, 2007