IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | C.A. No. 06-365 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COINMASTER USA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| PAUL A. COX, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO GAMING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

PLEASE TAKE NOTICE that Plaintiff Daniel Anthony Lynch and Third-Party Defendant Auto Gaming, Inc. hereby withdraw their Motion to Compel filed November 9, 2007 (Docket No. 52).

SEITZ, VAN OGTROP & GREEN, P.A

/s/ Kevin A. Guerke
JAMES S. GREEN, SR., ESQ. (DE0481)
KEVIN A. GUERKE, ESQ. (DE4096)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
Attorneys for Plaintiff and
Third-Party Defendant

Date:  November 21, 2007

61790 v1