IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COINMASTER USA, INC., a Delaware )<br>corporation, and PAUL A. COX, )<br>)<br>Defendants. ) | Civil Action No. 06-365 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Coinmaster USA, Inc. ("CMUSA") and Paul A. Cox ("Cox") jointly move for summary judgment on all Plaintiff's claims. The bases for this Motion, which are more fully set forth in the accompanying Opening Brief, are that:

(1) the breach of contract claim against CMUSA fails because the contract, which is unambiguous on its face, provides for the reimbursement of expenses, and Plaintiff admits he never submitted any expenses to CMUSA for reimbursement; further, the contract was void *ab initio* because it violated a previous contract binding on Plaintiff;

(2) the fraud claim against Defendant Cox fails because no false representations were made, Plaintiff was personally involved in reviewing the proposals made to acquire the acquisition of the stock of CMUSA, and it was Plaintiff's own actions which resulted in his being denied participation in CMUSA; and

125762.00601/40172703v.1

(3) the Deceptive Trade Practices Act and intentional interference with prospective business relations claims against Cox both fail because the alleged "forgery" committed by Cox was done with the full knowledge and cooperation of Plaintiff, and Plaintiff admits he suffered no harm as a result thereof.

WHEREFORE, Defendants ask for judgment in their favor and against Plaintiff on all of his claims, and an award of fees and costs incurred in the defense of this action.

                Respectfully submitted,

                BLANK ROME LLP

By: _____
    Thomas P. Preston (I.D. No. 2548)
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    (302) 425-6400

    Attorneys for Defendant Coinmaster
    USA, Inc. and Paul A. Cox

Dated: December ___, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-365 |
| | ) |
| COINMASTER USA, INC., a Delaware corporation, and PAUL A. COX, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this ___ day of _____, 2007, having considered Defendants' Motion For Summary Judgment, Defendants' Motion is hereby granted, and judgment is entered in favor of Defendants on all claims.

AND IT IS SO ORDERED.

_____
J.