```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
```

DANIEL ANTHONY LYNCH,                :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :  Civil Action No. 06-365 JJF
                                     :
COINMASTER USA, INC., and            :
PAUL A. COX,                         :
                                     :
          Defendants.                :

### ORDER

WHEREAS, on December 21, 2007, Defendants filed a Motion for Permission to File Motion for Summary Judgment (D.I. 59);

WHEREAS, Defendants stated that the parties agreed to an extension of discovery and dispositive motions deadlines;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion (D.I. 59) is **GRANTED**. The Clerk of the Court will convert Defendants' Motion for Summary Judgment, previously docketed as Docket Item 59, Exhibit 1, to Docket Item 60.

January 3, 2008

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE