IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, ) <br> ) <br>    Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> COINMASTER USA, INC., ) <br> a Delaware corporation, ) <br> ) <br>    Defendant/Counterclaim Plaintiff, ) <br> ) <br> PAUL A. COX, ) <br> ) <br>    Defendant/Counterclaim Plaintiff and ) <br>    Third-Party Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> AUTO GAMING, INC., ) <br> ) <br>    Third-Party Defendant. ) | C.A. No. 06-365 JJF |

**STIPULATION AND ORDER TO AMEND RULE 16 SCHEDULING ORDER
AND SUMMARY JUDGMENT BRIEFING SCHEDULE**

       IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, as follows:

       1.     The Defendants filed a Motion for Permission to File a Motion for Summary Judgment ("Motion") and a proposed Motion for Summary Judgment and Opening Brief on December 21, 2007;

       2.     On January 3, 2008, the Court granted the Motion and entered on the docket Defendants' Motion for Summary Judgment and Opening Brief;

3.  The parties hereby stipulate, subject to the Court's approval, that Plaintiff and Third-Party Defendant are hereby granted leave to file case dispositive motions on or before January 31, 2008, with the parties briefing schedule for all dispositive motions as follows:

Plaintiff's Answering Brief shall be filed on or before January 31, 2008;

Plaintiff's and Third-Party Defendant's Case Dispositive Motion(s) shall be filed on or before January 31, 2008;

Defendants' Reply Brief shall be filed on or before February 8, 2008; and

Defendants' Answering Brief shall be filed on or before February 15, 2008.

| **SEITZ, VAN OGTROP & GREEN, P.A** | **BLANK ROME LLP** |
|---|---|
| /s/ Kevin A. Guerke | /s/ Thomas P. Preston |
| JAMES S. GREEN, SR., ESQ. (DE0481) | Thomas P. Preston, Esq. |
| KEVIN A. GUERKE, ESQ. (DE4096) | Chase Manhattan Centre, Suite 800 |
| 222 Delaware Avenue, Suite 1500 | 1201 Market Street |
| P. O. Box 68 | Wilmington, DE 19801-4226 |
| Wilmington, DE 19899 | (302) 425-6478 |
| (302) 888-0600 | Attorney for Defendants/Counterclaim Plaintiffs |
| Attorneys for Plaintiff Daniel Anthony Lynch and Third Party Defendant Auto Gaming, Inc. | Coinmaster USA, Inc. and Paul A. Cox |

SO ORDERED

_____    _____
Date                                                         The Hon. Joseph J. Farnan
                                                                   United States District Court Judge

62676 v1