IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-365-JJF |
| COINMASTER USA, INC., | : |
| Defendant/ Counterclaim Plaintiff, | : |
| PAUL A. COX, | : |
| Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, | : |
| v. | : |
| AUTO GAMING, INC., | : |
| Third-Party Defendant. | : |

### O R D E R

WHEREAS, a Pretrial Conference has been scheduled for February 7, 2008 at 12:00 p.m. in the above-captioned matter (D.I. 47);

WHEREAS, the parties filed a Stipulation amending the summary judgment briefing schedule which conflicts with the Pretrial Conference date (D.I. 63);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The February 7, 2008 Pretrial Conference is CANCELLED.

2) A Pretrial Conference will be held on **Thursday, May 8, 2008 at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs

Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

   3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

January 17, 2008
DATE

UNITED STATES DISTRICT JUDGE