IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH,<br><br>    Plaintiff,<br><br>    v.<br><br>COINMASTER USA, INC.,<br>a Delaware corporation,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>PAUL A. COX,<br><br>    Defendant/Counterclaim Plaintiff and<br>    Third-Party Plaintiff,<br><br>    v.<br><br>AUTO GAMING, INC.,<br><br>    Third-Party Defendant. | C.A. No. 06-365 JJF |

**PLAINTIFF DANIEL ANTHONY LYNCH AND
THIRD-PARTY DEFENDANT AUTOGAMING, INC.'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff Daniel Anthony Lynch and Third-Party Defendant Autogaming, Inc., by and through their undersigned counsel, and respectfully move the Court for Summary Judgment on Defendants' Counterclaims and Third-Party Complaints.

                                                              SEITZ, VAN OGTROP & GREEN, P.A.

                                                              /s/ Kevin A. Guerke
                                                              JAMES S. GREEN (DE 0481)
                                                              KEVIN A. GUERKE (DE 4096)
                                                              222 Delaware Avenue, Suite 1500
                                                              P.O. Box 68
                                                              Wilmington, DE 19899
                                                              (302) 888-0600
                                                                   Attorneys for
                                                                   Plaintiff Daniel Anthony Lynch and
                                                                   Third-Party Defendant Autogaming, Inc.

DATED: January 31, 2008

63200 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL ANTHONY LYNCH, | ) | |
| | ) | C.A. No. 06-365 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COINMASTER USA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| PAUL A. COX, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff and Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTOGAMING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## ORDER

AND NOW, TO WIT: this ___ day of _____, 2007, the Court having considered Plaintiff Daniel Anthony Lynch and Third-Party Defendant Autogaming's Motion for Summary Judgment and response thereto, said Motion is hereby GRANTED, and Defendants' Counterclaims and Third-Party Complaints are hereby DISMISSED.

_____
The Hon. Joseph J. Farnan, Jr.

61790 v1