IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH,<br><br>                                          Plaintiff,<br><br>v.<br><br>COINMASTER USA, INC.,<br>a Delaware corporation,<br><br>                Defendant/Counterclaim Plaintiff,<br><br>PAUL A. COX,<br><br>                Defendant/Counterclaim Plaintiff and<br>                                   Third-Party Plaintiff,<br><br>v.<br><br>AUTO GAMING, INC.,<br><br>                          Third-Party Defendant. | Civil Action No. 06-365 JJF |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please enter the appearance of Thomas P. Preston, Esquire, as counsel for Defendant\Counterclaim Plaintiff and Third-Party Plaintiff, Paul A. Cox, in substitution for Erin K. Brignola, Esquire.

                                                        Cooper Levenson April Niedelman &
                                                        Wagenheim, P.A.

                                                        */s/ Erin K. Brignola*
February 21, 2008                            By: _____
                                                        Erin K. Brignola, Esquire (2723)
                                                         30 Fox Hunt Drive
                                                         Bear, DE 19701
                                                         (302) 838-2600

                                                        Blank Rome LLP

                                                        */s/ Thomas P. Preston*
February 21, 2008                            By: _____
                                                       Thomas P. Preston, Esquire (2548)
                                                       1201 North Market Street
                                                       Wilmington, DE 19801
                                                       (302) 658-6900