IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ANTHONY LYNCH, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 06-365 JJF |
| COINMASTER USA, INC., | : |
| a Delaware corporation, and | :   JURY TRIAL DEMANDED |
| PAUL A. COX, | : |
|     Defendants, | : |
| v. | : |
| AUTO GAMING, INC., | : |
|     Third Party Defendant. | : |

### ORDER

WHEREAS, parties in the above-captioned matter have filed a cross motions for summary judgment (D.I. 60; D.I. 67);

WHEREAS, briefing was completed on these motions on February 26, 2008;

WHEREAS, a Pretrial Conference is scheduled for May 8, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Pretrial Conference scheduled for May 8, 2008 is cancelled;

2. Oral argument on the cross motions for summary judgment will be held on **May 21, 2008 at 11:00 a.m.**

April 29, 2008

_____
UNITED STATES DISTRICT JUDGE

1